1

**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE (213) 629-7600
FACSIMILE (213) 624-1376

2

3

Nathan D. O'Malley (State Bar No. 212193)
*n.omalley@mpglaw.com*
Peter J. Diedrich (State Bar No. 101649)
*p.diedrich@mpglaw.com*
Rebecca S. Hummel (State Bar No. 311742)
*r.hummel@musickpeeler.com*

4

5

6

7

Attorneys for TMCO LTD.

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

10

11

TMCO LTD., a Bulgarian Company,

12

Petitioner,

13

vs.

14

GREEN LIGHT ENERGY SOLUTIONS
R&D CORP., a California corporation,

15

16

Respondent.

17

18

CASE No. 4:17-CV-00997-KAW

**DECLARATION OF PETER DIEDRICH IN SUPPORT OF JUDGMENT CREDITOR TMCO, LTD'S MOTION FOR LEAVE TO AMEND JUDGMENT TO ADD ALTER EGO DEFENDANTS**
[Served concurrently with Notice of Motion; Memorandum of Points & Authorities; [Proposed[] Order]

Date of Motion:   January 16, 2020
Time:                   1:30 p.m.
Courtroom:  Hon. Kandis A. Westmore

19

I, PETER DIEDRICH, hereby declare as follows:

20

1.        I am an attorney at law duly licensed to practice law before this Court and all courts

21

in the State of California.  I am a partner with the law firm of Musick, Peeler & Garrett LLP,

22

counsel to Judgment Creditor TMCO, Ltd ("TMCO"). This declaration is offered in support of

23

TMCO's Motion to Amend the Judgment to add Alter Ego Defendants.

24

2.        The matters set forth below are known to me personally, and if called to testify in

25

this matter, I could and would competently testify to each of them.

26

3.        On February 27, 2017, TMCO filed its Petition for Order to Confirm Arbitration

27

Award and Enter Judgment in Conformity with the Arbitration Award against GLES Corp. The

28

underlying arbitration involved a breach of contract dispute between the parties.

1        4.      On November 14, 2017 the Court entered judgment against GLES Corp. for the

2    amounts included in the arbitration award, i.e., EUR €1,797,968.23 and USC $107,000.00, plus

3    interest on certain items in the award, due from the date of the award until paid in full.

4        5.      Following the Court's November 14, 2017 order, our office sought to enforce the

5    judgment against GLES Corp.   In December 2017, TMCO subpoenaed corporate documents and

6    records from GLES, Corp. GLES, Corp. failed to comply with the subpoena.

7        6.      Our office then sought and obtained an order allowing TMCO to examine GLES

8    Corp.'s majority shareholder and officer, Mr. Feerer, pursuant to Fed. R. Civ. P. 69 and *Code of*

9    *Civil Procedure* Section 708.150. The Court ordered that Mr. Feerer appear for an examination

10   under oath, and produce corporate documents, including but not limited to documents identifying

11   shareholder transactions, meeting minutes, financial institution records, financial statements and

12   reports, documents reflecting loans and tenders, and liens and encumbrances on property owned

13   by the corporation.

14       7.      I took Mr. Feerer's judgment debtor examination on February 15, 2018. At this

15   examination, GLES, Corp.'s counsel produced a disc with certain documents responsive to the

16   request; however most documents included in the court's order were not produced. Mr. Feerer

17   testified that many of the documents had been accidentally deleted by the company's former

18   counsel, Mr. Nelson. Attached as Exhibit "A" to this declaration is a true and correct copy of

19   relevant portions the transcript from his February 15, 2018 examination.

20       8.      Mr. Feerer offered vague and confusing testimony regarding GLES Corp.'s

21   formation, shareholders, and assets. Because GLES, Corp. produced documents the same day as

22   this first examination, the parties agreed that Mr. Feerer would sit for a second examination.

23       9.      I conducted a second examination under oath of Mr. Feerer on November 29, 2018.

24   Exhibit "B" to this declaration is a true and correct copy of relevant portions of and exhibits to the

25   transcript from his November 29, 2018 examination.

26       10.     During this second examination, I asked Mr. Feerer questions regarding certain

27   documents which had been produced by GLES, Corp. at the prior examination. These included a

28   document  represented to be a stock ledger for the corporation. The stock ledger was attached as

1  Exhibit 2 to Mr. Feerer's November 29, 2018 debtor examination.

2       11.    GLES, Corp. also produced a document which GLES, Corp. described as a "profit

3  and loss" statement for GLES, Corp. from 2012. The profit and loss statement from 2012 was

4  attached as Exhibit 3 to Mr. Feerer's November 29, 2018 debtor examination.

5       12.    GLES, Corp. produced bank statements from GLES, Corp. for the time period of

6  March 2017 through December 2017. GLES, Corp. has produced no other bank statements  to

7  date. These 2017 bank statements are attached as Exhibit 6 to Mr. Feerer's November 29, 2018

8  debtor examination.

9       13.    In some instances, Mr. Feerer's testimony at the second examination contradicted

10  the content of documents produced by GLES, Corp. Mr. Feerer also testified that the people who

11  prepared or had first-hand knowledge of the documents were dead or otherwise unavailable. In

12  other instances, Mr. Feerer offered testimony which was inconsistent with his prior examination.

13       14.    In examination, the only  "revenue" that Mr. Feerer could identify for the

14  corporation was in fact the proceeds of personal loans he allegedly made to GLES, Corp.

15       15.    I agree that a facsimile transmission or electronic (PDF) of my signature shall be as

16  binding as the original.

17       I declare under penalty of perjury under the laws of the State of California that the

18  foregoing is true and correct.

19       Executed this 6th day of November, 2019 in Los Angeles, California.

20  DATED:  November 6, 2019               MUSICK, PEELER & GARRETT LLP

21

22                       By:      /s/ *Peter J. Diedrich*

23                               Peter J. Diedrich

24                               Attorneys for TMCO LTD.

25

26

27

28

# EXHIBIT A

1          UNITED  STATES  DISTRICT  COURT

2        NORTHERN  DISTRICT  OF  CALIFORNIA

3              OAKLAND  DIVISION

4

5    _____

6    TMCO LTD,                        )

7              Petitioner,            )

8         vs.                         )  Case No.

9    GREEN  LIGHT  ENERGY             )  4:17-CV-00997-KAW

10   SOLUTIONS R&D CORP.,             )

11             Respondent.            )

12   _____  )

13

14

15        EXAMINATION UNDER OATH OF ALEX FEERER

16             Oakland, California

17        Thursday, February 15, 2018

18                Volume I

19

20   Reported by:

21   JOANNA BROADWELL

22   CSR No. 10959

23   Job No. 2822049

24

25   PAGES 1 - 52

Page 1

1            UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3                  OAKLAND DIVISION

4

5    _____

6    TMCO LTD,                        )

7              Petitioner,            )

8         vs.                         )  Case No.

9    GREEN LIGHT ENERGY               )  4:17-CV-00997-KAW

10   SOLUTIONS R&D CORP.,             )

11             Respondent.            )

12   _____)

13

14

15        Examination under oath of ALEX FEERER,

16   Volume I, taken on behalf of Petitioner, at

17   1301 Clay Street, Third Floor Conference Room,

18   Oakland, California, beginning at 11:44 a.m.

19   and ending at 12:50 p.m. on Thursday, February 15,

20   2018, before JOANNA BROADWELL, Certified Shorthand

21   Reporter No. 10959.

22

23

24

25

                                        Page 2

```
 1    APPEARANCES:

 2

 3    For Petitioner TMCO LTD:

 4        MUSICK, PEELER & GARRETT LLP

 5        BY: PETER J. DIEDRICH

 6        Attorney at Law

 7        One Wilshire Blvd.,  Ste. 2000

 8        Los Angeles, California  90017-3383

 9        (213) 629-7600

10

11

12    For Defendants GREEN LIGHT ENERGY SOLUTIONS and R&D

13    CORP.:

14        LAW OFFICE OF THOMAS F. CAMP

15        BY: THOMAS F. CAMP

16        Attorney at Law

17        3297 Mt. Diablo Blvd.

18        Lafayette, California  94549

19        (510) 851-8822

20

21

22

23

24

25
```

Page 3

```
 1    (Continued Appearances - Page 2)

 2

 3    For ALEX FEELER:

 4       PRIMUM LAW GROUP

 5       BY: SVETLANA KAMYSHANSKAYA

 6       Attorney at Law

 7       555 California Street, Ste. 4925

 8       San Francisco, California  94104

 9       (415) 659-7975

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

```
1                          INDEX
2    WITNESS                              EXAMINATION
3    ALEX FEERER
4    Volume I
5         BY MR. DIEDRICH                        6
6
7
8
9                     INDEX OF EXHIBIT
10   NUMBER              DESCRIPTION           PAGES
11
12   Exhibit 1          Order Granting Application
13                      For Examination of and
14                      Production of Documents
15                      From Judgment                 9
16
17
18
19
20
21
22
23
24
25
                                           Page 5
```

1   Solutions Corporation.

2       Q    Okay.  Now there is also an entity that I found

3   record of called Green Light Energy Solutions LLC.

4       A    Has nothing to do with Green Light Energy

5   Solutions Corporation.

6       Q    They are unrelated?

7       A    That is a private company.  Okay?  And the

8   corporation was created to work on actually -- on a

9   market.  And they got licensed from GLES LLC to operate

10  and use the intellectual property as a patent and

11  convert actually the patent to drawings and

12  commercialize.  That was 2010.  I believe that's June,

13  June 4th or June 10th, they got actually the license.

14      Q    Okay.  So --

15      A    There is actually obligation to pay royalty to

16  the LLC.

17      Q    Okay.  So I want to make sure I understand.  The

18  Green Light Energy Solutions was formed in 2010.  In

19  2015 it changed its name to Green Light Energy

20  Solutions R&D.

21      A    14 or 15th, I don't remember.  Really I can

22  check.

23      Q    The precise date isn't important.  What I want to

24  make sure I understand is Green Light Energy Solutions

25  Corp at some point after a couple years changed its

Page 7

1   named to Green Light Energy Solutions R&D, and that was

2   because of some conflict with someone else who was using

3   a similar name?

4      A    Uh-huh.

5      Q    And further, I understand that Green Light Energy

6   Solutions LLC, the relationship between -- I'll call it

7   R&D Corp. and LLC is that R&D Corp licensed intellectual

8   property from LLC for payments of royalties.

9      A    Uh-huh.  But it was never done for seven years,

10  nothing.  And last year, I believe, Svetlana needs to

11  check actually what month was that when it was canceled.

12     Q    The license agreement was canceled?

13     A    Uh-huh.

14     Q    I see.  So right now there is no contractual

15  actual relationship between LLC and R&D Corp?

16     A    Nothing.

17     Q    Okay.  Does R&D Corp still conduct business?

18     A    No.

19     Q    Does LLC still conduct business?

20     A    No.

21     Q    Does LLC still hold the intellectual property

22  that was previously licensed?

23     A    It's just a patent.  That is -- without

24  drawing -- without implementation into production, that

25  is nothing.  I believe in Bulgaria they have more

Page 8

1    drawings than me, and they produce the product, and they

2    never actually produce back the drawings.

3        Q    We'll get to that.  Let me start off -- I'm going

4    to try to do this as efficient as I can.  This is -- I

5    think everybody has this.  This is a copy of the order

6    for this judgment debtor exam.

7            MR. DIEDRICH:  Here is one for the court

8    reporter.  We'll make this Exhibit 1.

9        (Exhibit 1 was marked for identification

10        by the court reporter and is attached hereto.)

11   BY MR. DIEDRICH

12       Q    The primary reason I'm showing this to you is

13   that the bulk of this document is a list of documents

14   that we had asked and the Court ultimately ordered be

15   produced in connection with this exam today.  So --

16       A    Can you list it?  Switch and then I'll answer.

17       Q    We can go through the list.

18       A    Yes, please.

19       Q    In fact, if you want to take a look, I'll just go

20   through --

21       A    I can't because my eyes.  That's why I'm asking

22   you for.

23       Q    The first category requested was all documents

24   having to do -- identifying officers, directors,

25   employees or other persons related to Green Light Energy

Page 9

```
1    Solutions.

2       A    R&D Corp.

3       Q    R&D Corp.

4       A    Perfect.

5       Q    So did you bring with you documents today that

6    meet that description?

7       A    Yes, we have that.

8       Q    Great.

9       A    Go next.

10      Q    Okay.  Now talking about all documents sufficient

11   to identify the owners, shareholders, directors and

12   officers of R&D Corp.

13      A    Yes, we have it.  Next.

14      Q    A roster of employees.

15           MS. KAMYSHANSKAYA:  Yes, they do have.

16   BY MR. DIEDRICH

17      Q    It's corporate books and records including

18   minutes of meetings, minutes of board of director

19   meetings, actions taken by shareholders, et cetera,

20   documents of that sort.

21      A    You have as much as we can that was released from

22   John Nelson.  He explained for us he got a mistake

23   deleting a lot.  But Svetlana will answer that.  I'm

24   really actually raising that, but I can't do anything.

25      Q    So do I understand that Mr. Nelson was the
```

Page 10

1    custodian of the corporate records for?

2         MS. KAMYSHANSKAYA:  He was a corporate attorney

3    and he was a member of the board of directors, and he

4    was in charge of the process of keeping records.

5         MR. DIEDRICH:  Okay.

6         MS. KAMYSHANSKAYA:  So we do have two minutes

7    related to company formation and when the company

8    changed the name.  So we do have those records.

9         MR. DIEDRICH:  Okay.

10        MS. KAMYSHANSKAYA:  And since that, we didn't

11   find anything else.  So we -- I personally e-mailed to

12   Mr. Nelson and he said that he accidentally deleted the

13   file and he doesn't have any records.  And he's still

14   trying to find copies.  But it's in his custody so far.

15        MR. DIEDRICH:  I see.

16        THE WITNESS:  The R&D was in July 2015.

17   BY MR. DIEDRICH

18     Q   That's when the name change occurred?

19     A   We have the minutes here.

20        MS. KAMYSHANSKAYA:  One more question, related

21   to, like, production, so do have paper -- hard copy.

22   But we do have digital copy, and I think it's going to

23   be more helpful to you.

24        MR. DIEDRICH:  That's a digital copy of

25   everything that you have in hard copy there?  Yeah, I'd

                                              Page 11

1    BY MR. DIEDRICH

2        Q    As long as we're doing that, this may fall into

3    the same category.   Category 8 was financial statements,

4    balance sheet, P&Ls, income statements.

5            MS. KAMYSHANSKAYA:   We do provide you with tax

6    returns.

7            MR. DIEDRICH:   That was in some category.   Were

8    there financial statements, profit and loss statements

9    or any other financial --

10           THE WITNESS:   The tax.

11           MS. KAMYSHANSKAYA:   We don't have that just

12   because, as Alex mentioned before, the CFO of the

13   company used to work in Russia, and again, they can't

14   find it.

15           THE WITNESS:   Not only that, he got a bad story.

16   I don't want to go there.   He's a very talented guy.   He

17   starts, and that's why he is not any more.

18   BY MR. DIEDRICH

19       Q    The CFO was -- what was his name?

20       A    Zagorsky.

21       Q    So he was in Russia.   He was the CFO.

22       A    He's a friend of Danika.

23       Q    If I understand correctly, he was in charge of

24   maintaining things like financial statements.

25           MS. KAMYSHANSKAYA:   He was in charge, yes, in all

                                                    Page 16

1    of the financial statements and profit and loss.

2          THE WITNESS:  I never got over even on anything.

3          MS. KAMYSHANSKAYA:  But as long as he is not in

4    the company, and it's basically the same story as with

5    his attorney.  They were not able to --

6          THE WITNESS:  They played that game together with

7    that attorney.

8    BY MR. DIEDRICH

9      Q   So because of his situation you weren't able to

10   get the financial statements that he maintained in

11   Russia during the time that he was with the company; is

12   that a fair statement?

13     A   We was checking actually with our C.P.A. as much

14   as he got, we got actually also, but that's not going to

15   help you on that.  You have clearly explained on each,

16   actually, tax returns from '12 to '17.

17     Q   Okay.  And those tax returns are on the card as

18   well?

19          MR. CAMP:  Yeah.

20          MR. DIEDRICH:  Great.

21          THE WITNESS:  You got the originals from me.  I'm

22   not involved.  That's not for me.  I deliver as much as

23   I can.

24   BY MR. DIEDRICH

25     Q   Okay.  I appreciate that.

                                              Page 17

```
 1    sitting in the snow.

 2        A    That's Russia.

 3        Q    Okay.  Let me go back to my list here real quick.

 4                    (Off the record from 12:18 p.m.

 5                    to 12:19 p.m.)

 6    BY MR. DIEDRICH

 7        Q    Categories 20 and 21 both seek documents having

 8    to do with transfers of assets from R&D to any

 9    affiliates.

10        A    No.

11        Q    And I think you stated earlier there were no such

12    transfers.  At any point over the last, say, three

13    years, did R&D have accounts receivable?

14        A    R&D?  No.

15             MS. KAMYSHANSKAYA:  Stop.  That's it.

16             THE WITNESS:  R&D, no.

17             MS. KAMYSHANSKAYA:  You answered it.

18             MR. CAMP:  Okay.

19    BY MR. DIEDRICH

20        Q    Okay.  Since -- well, I'm just trying to get sort

21    of a big picture here.  At any point in its existence,

22    did R&D actually make sales and get paid for selling

23    equipment?

24        A    No.

25        Q    Okay.  So throughout its entire existence, R&D
```

                                                    Page 31

1    never completed a sale?

2       A    Huh-uh.  No.

3       Q    Okay.  Okay.  So I'm going to take from that that

4    in the absence of any sales, there wouldn't have been

5    any accounts receivable.  Is that a fair statement?

6       A    Yes, that's right.

7       Q    Okay.  And as we sit here today, there are no

8    accounts receivable owing to R&D Corp; is that right?

9       A    Yes.

10      Q    Yes, that's correct?

11      A    Correct.

12      Q    There are no accounts receivable?

13      A    Right.

14      Q    Okay.  Does R&D have an ownership interest in any

15   other company of any kind?

16      A    No.

17      Q    Okay.  Is R&D company -- excuse me, R&D Corp owed

18   any money by any third party?  In other words, is there

19   a loan or other advance of monies made by R&D that R&D

20   is owed by someone else?

21      A    Yes, to me.

22      Q    R&D owes you money?  My question is the other way

23   around.  Does anyone owe money to R&D?

24      A    No.

25      Q    Okay.  You see, I'm a little bit mixing.  When

Page 32

1    Q    Okay.

2    A    But you've got the bank statements for '17.

3    Q    Right.  That's what you just downloaded onto

4    there, right?

5         MR. CAMP:  And obviously there's a safe deposit

6    box full of diamonds?

7         THE WITNESS:  Yes.  Just give me the numbers to

8    open your safe.

9         MR. DIEDRICH:  I skipped that one.

10        THE WITNESS:  Just mentioned that belong to him.

11   BY MR. DIEDRICH

12   Q    R&D does not have a safe deposit box, I trust,

13   correct?

14        MR. CAMP:  Answer the question.

15        THE WITNESS:  My family is suffering now.

16        MR. CAMP:  No, no, no.  Answer the question.

17   Does R&D have a safe deposit box?

18        MS. KAMYSHANSKAYA:  No.

19        THE WITNESS:  Never.

20   BY MR. DIEDRICH

21   Q    I would assume not but I had to ask.  Okay.  The

22   Secretary of State currently shows R&D's principal place

23   of business as 220 Lombard Street, No. 823.  Is that

24   your residence?

25   A    Yes.

Page 34

# EXHIBIT B

1               UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                     OAKLAND DIVISION

4      _____

5      TMCO LTD,                        )

                                        )

6                                       )         ORIGINAL

                                        )

               Petitioner,              )

7          vs.                          ) Case No. 4:17-CV-00997-KAW

                                        )

8      GREEN LIGHT ENERGY               )

       SOLUTIONS R&D CORP.,             )

9                                       )

               Respondent.              )

10     _____)

11

12

13        EXAMINATION UNDER OATH OF ALEX FEERER

14              Oakland, California

15           Thursday, November 29, 2018

16                  Volume II

17

18

19

20

21     Reported by:

22     JOANNA BROADWELL

23     CSR No. 10959

24     Job No. 3132487

25     PAGES 53 - 110

                                             Page 53

```
 1                  UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                       OAKLAND DIVISION
 4    _____
 5    TMCO LTD,                      )
                                     )
 6                                   )
                                     )
             Petitioner,             )
 7        vs.                        )Case No. 4:17-CV-00997-KAW
                                     )
 8    GREEN LIGHT ENERGY             )
      SOLUTIONS R&D CORP.,           )
 9                                   )
             Respondent.             )
10    _____)
11
12
13
14            Examination under oath of ALEX FEERER,
15    Volume II, taken on behalf of Petitioner, at 601
16    California Street, Suite 1250, San Francisco,
17    California, beginning at 10:22 a.m. and ending
18    at 12:00 p.m. on Thursday, November 29, 2018,
19    before JOANNA BROADWELL, Certified Shorthand
20    Reporter No. 10959.
21
22
23
24
25
```

Page 54

```
 1    APPEARANCES:

 2

 3    For Petitioner TMCO LTD:

 4        MUSICK, PEELER & GARRETT LLP

 5        BY: PETER J. DIEDRICH

 6        Attorney at Law

 7        One Wilshire Blvd., Ste. 2000

 8        Los Angeles, California  90017-3383

 9        (213) 629-7600

10

11

12    For ALEX FEELER:

13        PRIMUM LAW GROUP

14        BY: SVETLANA KAMYSHANSKAYA

15        Attorney at Law

16        555 California Street, Ste. 4925

17        San Francisco, California  94104

18        (415) 659-7975

19

20

21

22

23

24

25
```

Page 55

```
1                          INDEX

2    WITNESS                        EXAMINATION

3    ALEX FEERER

4    Volume I

5                    BY MR. DIEDRICH              57

6

7               INDEX OF EXHIBITS

8

9    NUMBER               DESCRIPTION        PAGES

10   Exhibit 2            Stock Ledger          61

11   Exhibit 3            Accounting List for 2012   74

12   Exhibit 4            Accounting List for 2013   74

13   Exhibit 5            Accounting List       77

14   Exhibit 6            Bank Statement        96

15

16

17

18

19

20

21

22

23

24

25
```

Page 56

1      that for me, that would be great.  The other thing I

2      need you to do is answer "yes" or "no" rather than

3      "uh-huh" or "huh-uh" because again, that is very hard

4      for her to transcribe, so if you could do that for me,

5      we'll move on pretty efficiently.

6              Do you understand my instructions so far?

7      A    Yes.

8      Q    Great.  One of the things I want to do, we had

9      talked back in February about the two entities that have

10     Green Light Energy in them.  I'm going to be talking

11     today primarily about Green Light Energy Solutions, R&D

12     Corporation when I say "Green Light," I'll be referring

13     to R&D Corporation unless I specifically refer to the

14     LLC.  Okay?

15              So one of the things that I wanted to ask first

16     is just between is -- first of all, is Green Light R&D

17     still an active corporation?

18     A    Yes and no.  The bank account is closed more than

19     a year ago.  And the company registration -- I was

20     thinking to close the company or bankrupt it.

21     Q    Okay.  But for now it is still an active

22     corporation with the State of California?

23     A    Yes.

24     Q    Okay.  Great.  I think I know the answer to this,

25     but I'll have to ask it anyway.  Since February, has R&D

Page 58

```
 1    Corp. transacted any business of any kind?

 2        A    No.

 3        Q    Okay.  And since February, has it acquired any

 4    assets of any kind?

 5        A    No.

 6        Q    Does it have any assets today?

 7        A    No.

 8        Q    Okay.  Since February, did the corporation have

 9    any income?

10        A    No.

11        Q    Okay.  When we were together in February, you

12    made a reference to I believe some loans that R&D owed

13    to you.  Does R&D Corp. still owe you --

14        A    That's not to me.

15        Q    I see.

16        A    That is to family trust.

17        Q    Oh, I see.  Okay.  So the creditor in that case

18    is a family trust of -- that you are related to in some

19    fashion?

20        A    Yes.

21        Q    And can you tell me the approximate amount owed

22    by R&D Corp. to that family trust?

23        A    You have to check the reports from -- actually,

24    what I give you.  I don't remember.  It could be more

25    than $2 million, plus they owe me salary for the period.
```

Page 59

1    but we'll make a copy.

2        A    You don't have to.

3        Q    We'll make --

4             MS. KAMYSHANSKAYA:  Are those documents from the

5    memory stick I gave you?

6             MR. DIEDRICH:  Yes.

7             THE DEPONENT:  Can I see them?

8    BY MR. DIEDRICH

9        Q    Yes, absolutely.  Hang on just a minute.  Okay.

10   We had a single exhibit to the last transcript which was

11   1, so we'll call this 2.

12       (Exhibit 2 was marked for identification

13        by the court reporter and is attached hereto.)

14   BY MR. DIEDRICH

15       Q    I'll show you this.  We're going to mark this

16   later as Exhibit 2.  That's a stock ledger that we got

17   from you.  That's from that memory card.

18       A    That is Izhevsk.  That is Alex Rovt.  Okay.  This

19   is -- that's what I told you yesterday.  That is --

20       Q    Wait.  Don't -- okay.

21       A    I'm just showing you that.

22       Q    I got it.  So we've -- Exhibit 2 is --

23       A    You did not accept them, actually.

24       Q    I see.  So this is a stock ledger that we got

25   from you, and it indicates Green Light Energy Solutions

Page 61

1    LLC owning 51 million shares.

2      A   That was through a family trust, but anyway...

3      Q   Okay.  Hang on.  And then a Russian -- looks like

4    a Russian entity whose name I can't pronounce --

5      A   Me too.

6         MS. KAMYSHANSKAYA:  Engineering company.

7         MR. DIEDRICH:  -- owning 39,650 shares, and then

8    Mr. Alex Rovt owning 4 million, Mr. Cadovich owning

9    50,000 shares, and you indicated that Mr. Belov,

10    although shown on here, is not a shareholder.  So am I

11    right, you indicate Mr. Belov was offered shares but did

12    not accept them.

13         MS. KAMYSHANSKAYA:  Let's just hold on.

14         THE DEPONENT:  Yes.

15    BY MR. DIEDRICH

16      Q   Okay.  And is -- except for Mr. Belov, do these

17    name and numbers reflect the state of share ownership

18    today?

19      A   Yes.  Yes.

20      Q   Okay.  Great.  Great.  Okay.  Save that and call

21    that Exhibit 2.  Okay.

22         And as of today, who are the officers and

23    directors of R&D Corp?

24      A   Nobody.  None.

25      Q   Okay.  And you indicated that the bank account

Page 62

1    has been closed for about a year?

2        A    Yes.

3        Q    Okay.  Great.  Okay.  You received -- this was

4    not part of what was on the memory card, but these are

5    the profit and loss statements that you had sent us a

6    month or so ago.  So I have a couple of questions about

7    those.

8            MS. KAMYSHANSKAYA:  I sent you a month ago?

9            MR. DIEDRICH:  Let me see.  More -- longer ago

10   than that.  Late September it looks like.

11           MS. KAMYSHANSKAYA:  Okay.  Do you have a copy of

12   that?

13           MR. DIEDRICH:  Yes.  These I do have extra copies

14   of.  I've got another one.  There's a second one.

15           THE DEPONENT:  I don't have my glasses.

16   BY MR. DIEDRICH

17       Q    Okay.  What I've --

18       A    That's 2012.  Okay.

19       Q    That was going to be my first question.  There is

20   a notation up at the top that says "Corp 2012."  Is this

21   the profit and loss statement for R&D Corp. for the year

22   2012?

23       A    Yes.

24       Q    Yes?  Okay.  First I have just a question about

25   how it's organized.  There are three columns.  The first

                                              Page 63

1      Only the bank account from the company.

2         Q    Okay.  So the 16,680, is that included in the

3      27,800?

4         A    I'm not sure.

5         Q    Okay.

6         A    I don't know.

7              MS. KAMYSHANSKAYA:  You can see the summary here,

8      right?

9              THE DEPONENT:  Yeah.  It's included here.  Yes,

10     the total is.  Yes.

11     BY MR. DIEDRICH

12        Q    Okay.  So perhaps to simplify it, the total cost

13     associated with exhibitions -- an exhibition or

14     exhibitions in that year was 45,519; is that correct?

15             MS. KAMYSHANSKAYA:  Looks like it.

16     BY MR. DIEDRICH

17        Q    That's what it looks like, right?

18        A    Uh-huh.

19        Q    Excuse me.  Let me move down another half dozen

20     or so items to a line item called "Credit Card

21     Expenses."  And there's an entry of almost $129,000 for

22     credit card expenses.  Do you see that?

23        A    Uh-huh.

24        Q    Can you describe to me what that expense was for?

25        A    That is actually traveling a lot.  That is

Page 67

1   payments from here also for the exhibition.  And we

2   attended Italy and Germany.  It was seven, eight people,

3   so that's the money.

4       Q    I see.  Okay.  Mostly travel --

5       A    Yes.

6       Q    -- for a number of people.  Okay.  Moving down

7   three more and there's a line item for "Health

8   Insurance" at 36,972.  Can you -- what is -- whose

9   health insurance does that line item relate to?

10      A    Health insurance, the 36,000.  Me, three

11  employees.

12      Q    Okay.

13      A    And I believe I cover my wife, too.

14      Q    Okay.  Okay.  Skipping down a little bit, there's

15  a line item called "Outside Services" with a charge of

16  33,333.  Can you tell me what that expense was?

17      A    No.

18      Q    Okay.

19      A    I don't remember.

20      Q    That's an acceptable answer.  Moving down then

21  below the first line, there's a line item for "Rent

22  Expense."  And it looks like there's an entry for the

23  Moscow office.  And then in the second column there's an

24  entry for 75,925.  What is that rent expense

25  attributable to?

Page 68

1    million, and probably it could be the case that this is

2    a profit from that.

3              MR. DIEDRICH:  For the --

4              THE DEPONENT:  Not a profit.

5              MR. DIEDRICH:  It could be a tax on that.

6              MS. KAMYSHANSKAYA:  Yeah.  It's not a profit.

7    BY MR. DIEDRICH

8        Q    But is there a reason then -- why would that $1.2

9    million not be reflected in income?

10             MS. KAMYSHANSKAYA:  I don't know.

11             THE DEPONENT:  I can't answer.  That was not an

12   income was counted in 2012 because he was actually

13   bankrupt.

14             MS. KAMYSHANSKAYA:  Maybe it was -- I don't know.

15             THE DEPONENT:  I can't answer that.  I'm sorry.

16   BY MR. DIEDRICH

17       Q    That's all right.  I understand.

18       A    I forget my -- actually --

19       Q    That's okay.

20       A    It's not actually...

21       Q    And I don't know that we're going to go down this

22   road, but who is the bookkeeper who prepared those?

23       A    No one.  Drug, alcohol, and that's it.  He's

24   gone.

25       Q    When you say "he's gone," do you mean he's

Page 71

1      deceased?

2          A    I don't want to remind it.  It's too painful.

3      He's too young.

4              MS. KAMYSHANSKAYA:  Okay.  But you need to give

5      the first and last name.

6              THE DEPONENT:  Zagorski.  Dennis Zagorski.

7      BY MR. DIEDRICH

8          Q    Dennis?

9          A    Yeah, he's listed there.  He did that, too.

10     That's why I said --

11             MS. KAMYSHANSKAYA:  Did he prepare this profit

12     and loss statement?

13             THE DEPONENT:  Yes.  So could be wrong.  I don't

14     know how to answer that.

15     BY MR. DIEDRICH

16         Q    That's okay.  I was just looking for his name.

17         A    Dennis Zagorski.  I know him.

18         Q    And let me move down close to the bottom here.

19     There's a line item for interest payable showing about

20     $125,000.

21         A    That's interest on my money, but that never was

22     paid.

23         Q    Okay.  So that's interest payable by R&D Corp. to

24     your family trust for loans made by the trust to the

25     corporation?

                                                        Page 72

1    Q    Okay.  In the interest of accuracy, I guess I

2    should note that the period for December 14 cuts off on

3    December 24.

4         MS. KAMYSHANSKAYA:  So that means that somebody

5    prepared it back then.

6         MR. DIEDRICH:  That's that what I would guess,

7    yeah.

8         MS. KAMYSHANSKAYA:  Yeah.

9    BY MR. DIEDRICH

10   Q    Okay.  So did -- if you recall, was this prepared

11   by Mr. Zagorski as well?

12   A    Yes.

13   Q    Okay.  Okay.  I'm looking under the heading at

14   the top, "Assets."  And there's a line item about five

15   or six items down called "Loan to GLES, LLC."

16   A    You are wrong.  That's to the family.

17   Q    Okay.  So you're saying that that line item does

18   not, in fact, reflect the loan to the LLC.  It's a

19   loan -- well, why don't you tell they what that is, what

20   that line item represents.

21   A    Which one?  That is loan to LLC?

22        MS. KAMYSHANSKAYA:  No.

23        THE DEPONENT:  What is that?

24        MS. KAMYSHANSKAYA:  3, 854.

25        THE DEPONENT:  That's from -- if it was from the

Page 78

```
 1    family trust --
 2          MS. KAMYSHANSKAYA:  No, it's not from.  It's to.
 3          THE DEPONENT:  "Loan to GLES."  That's from
 4    family trust to --
 5          MS. KAMYSHANSKAYA:  But is it for corporation
 6    for --
 7          THE DEPONENT:  That's LLC.  That's from -- that's
 8    a loan to GLES LLC.  It doesn't show from where.  That's
 9    from family trust, I believe.  My vision.
10    BY MR. DIEDRICH
11       Q    Can I suggest that if it's listed --
12       A    Over here, over here.  That's the GLES
13    Industries.  They closed the company.
14          MS. KAMYSHANSKAYA:  Just a second.
15    BY MR. DIEDRICH
16       Q    Let me ask you, because this appears under the
17    heading "Assets," this is being listed as an asset of
18    R&D Corp., which would suggest to me it's a own that is
19    payable.
20       A    It could be that's computer -- that could be --
21    it could be that.
22       Q    But I mean, my point is, though, because it's
23    listed as an asset, that tells me that this is a loan
24    payable to R&D Corp., not a loan to someone else from
25    R&D Corp.
```

Veritext Legal Solutions
866 299-5127

1      A    That's not -- that's not to GLES Corp.

2           MS. KAMYSHANSKAYA:  Okay.  So let us clarify for

3      the record.

4           THE DEPONENT:  As I see here, loan to GLES LLC.

5      BY MR. DIEDRICH

6      Q    Right.

7      A    That is the loan from my family trust because I

8      have to buy computers.  I have to buy furniture, blah,

9      blah, blah, blah, blah, blah, blah, blah, blah.  That's

10     what it is.

11     Q    Why would that be reflected as an asset of R&D

12     Corp.?

13          MS. KAMYSHANSKAYA:  The point is, and I think

14     it's necessary to get in the record, that we don't know

15     if it's a corporation balance sheet.  That's -- and Alex

16     said that it's --

17          THE DEPONENT:  I don't know.  I can't answer

18     that.

19          MS. KAMYSHANSKAYA:  It is not something he can

20     confirm.

21     BY MR. DIEDRICH

22     Q    I appreciate that, and again, I'll deviate from

23     the usual rules because this is complicated enough.  I'm

24     happy to have your explanations usually.

25          MS. KAMYSHANSKAYA:  I know.

                                                    Page 80

1          THE DEPONENT:  Can we go off record?

2                    (Discussion held off the record.)

3    BY MR. DIEDRICH

4      Q    Okay.  So I think we've established that this

5    line item called "Loan to" --  okay.  So I think we've

6    demonstrated that the line item "Loan to GLES LLC is

7    uncertain."

8          MS. KAMYSHANSKAYA:  Yes.

9    BY MR. DIEDRICH

10     Q    Then immediately below that there is a line item

11   called "Loan to Industry."  Can you tell me what that

12   line item is?

13     A    That's 2010.

14     Q    I don't understand that response.  What does this

15   line item represent?

16     A    The company, and that is -- over here.  Industry,

17   it was the Russian company.  Okay.  That is wrong.  That

18   is wrong.  The company was closed.

19         MS. KAMYSHANSKAYA:  Which company?

20         THE DEPONENT:  The loan to industry, that is

21   Green Light Energy Solutions industry.  That's the

22   Russian company as I understand it.

23         MS. KAMYSHANSKAYA:  So you think that this loan

24   refers to the loan to company that has illustrated --

25         THE DEPONENT:  The company who is ordering

                                             Page 81

1    equipment production from another companies.  And the

2    first production of the unit from Bulgary was paid from

3    the industry --

4    BY MR. DIEDRICH

5        Q    And --

6        A    -- also.

7        Q    Do I understand correctly that, as it's used here

8    in this line item, "industry" refers to a Russian -- the

9    Russian company?

10       A    Yeah, that was paid even to the Russian producers

11   also, and to Bulgary also.  So I can't answer the

12   question.

13       Q    My question is simpler than that.  First of all,

14   when it says "Loan to Industry," I don't understand that

15   term.  So I'm asking you, does industry refer to a

16   specific company?

17       A    That's -- I can explain in a few words.

18       Q    Okay.

19       A    I transfer the money from Corp. to them, and that

20   is a loan, because they have to pay --

21           MS. KAMYSHANSKAYA:  No, Alex.

22           THE DEPONENT:  -- in Russia to the companies.

23   BY MR. DIEDRICH

24       Q    Who is "industry"?  That's all I'm asking.

25       A    That was a company in Russia, Russian company,

1    that's the subsidiary, and they have the rights to do

2    orders.

3        Q    Okay.  So it's the Russian company that is a

4    subsidiary of GLES, R&D Corp.?

5        A    Yes.

6        Q    So if I understand correctly, it looks like over

7    a period of years, GLES R&D Corp. made loans to its

8    Russian subsidiary; is that correct?

9        A    Yes.

10       Q    And this line item represents those loans; is

11   that correct?

12           MS. KAMYSHANSKAYA:  To the best of your

13   knowledge.

14   BY MR. DIEDRICH

15       Q    To the best of your knowledge.

16       A    That's right.

17       Q    All right.  That's all I'm after.  Now, when we

18   move down to the very next line item which is called

19   "Inventory Demo," can you describe to me what that line

20   item represents?

21       A    That was produced, assembled, and now it's eight

22   years more.

23       Q    So --

24       A    Nine years.  It's doesn't exist any more.  That's

25   it.

Page 83

1          THE DEPONENT:  March 1 to March 31.

2     BY MR. DIEDRICH

3        Q    Right.  And I'm -- let's see.

4        A    What is wrong here?

5        Q    Okay.  I'm on the page -- you're in the page that

6     shows total deposits of 59,000?

7        A    Yes.

8        Q    Okay.  I want to focus on that particular page.

9     I think we'll mark -- wind up marking this whole thing

10    6.

11          So my first question just has to do with the

12    summary of deposits totaling $59,000.  One reflects --

13    looks like an ATM deposit of $10,000.  Then there's an

14    online banking transfer from -- it looks like a checking

15    account ending in 6365.  Do you -- can you identify that

16    account?

17       A    Yes.

18       Q    What account is that?

19       A    My personal account and my credit cards.

20       Q    Okay.  So is it -- would it be accurate to say

21    that all these deposits --

22       A    It's a loan.

23       Q    -- simply represent amounts that you put into the

24    company?

25       A    That's right.

Page 97

1       Q    Okay.  Let me just very quickly run down of some

2    of the withdrawal items.  There is a debit dated

3    3/3/17 to Anthem Blue Cross.  I take it that's health

4    insurance; is that correct?

5       A    Yes.

6       Q    And who was covered by that health insurance

7    policy?

8       A    Which one is that?

9       Q    I think you are on -- you're one page too far, I

10   think.

11      A    Me and my wife -- me, but I -- actually --

12      Q    You're going --

13      A    I continued actually paying.

14      Q    I think you're going too far.

15      A    Blue Cross.  Yes, that's my insurance.

16      Q    And you believe that covers you and your wife; is

17   that correct?

18      A    It's covered, yes.

19      Q    Okay.

20      A    I continue paying through the corporation as I

21   started before because I don't want to cancel my --

22   actually, I was 60 at that time, I believe.

23      Q    Okay.

24      A    So that's why we continue paying, but it's

25   delivered from my trust.

Page 99

1      Q    Let me move down a couple of items.  There's a

2   debit on 3/8/17 that's labeled "Bank of America Personal

3   Card," bill payment for $508.  Can you tell me what that

4   payment was for?

5      A    I don't know.

6      Q    Okay.

7      A    508.  It's paid from my personal business card.

8      Q    I see that there's a line item two items above

9   that called "Bank of America Business Card Bill

10  Payment," then there's one called "Personal Card."  Can

11  you tell me the difference between those two cards,

12  those two accounts?

13     A    I don't know.

14     Q    Is the -- was the personal card something used

15  for non-business-related expenses?

16     A    Personal, yes, but sometimes if I don't have

17  enough money, I can -- I was using for the corporation

18  also.

19     Q    Okay.  And I see a little further down there are

20  two payments listed to BMW Financial Services.  I assume

21  those were for vehicles?

22     A    Yeah, that's vehicles.

23     Q    Who were the -- whose vehicles were those?

24     A    Corporation.

25     Q    Okay.

Page 100

1      A    And me.

2      Q    Were they owned by the corporation or were they

3   owned by you?

4      A    That's a lease.

5      Q    That's a lease?

6           MS. KAMYSHANSKAYA:    They were leased by the

7   corporation.

8   BY MR. DIEDRICH

9      Q    And the party on the lease was the corporation?

10     A    Corporation and me as a driver.

11     Q    Okay.  Okay.  I understand.  And then in between

12  there, there's a line item that says "Online Scheduled

13  Payment To" -- I guess that -- to CRD 0496 in the amount

14  of a little over $21,000.  Can you tell me what that

15  payment was?

16     A    That's a payment for actually the loan.  What I

17  got from the credit card, because it's too high

18  interest.

19     Q    I see.

20     A    I got the 50,000.  I'm covering.

21     Q    I understand.  So if I understand you correctly,

22  you advanced money to the corporation through your

23  credit card, and then this is the repayment of that

24  advance; is that right?

25     A    Yes.  Yes.

1      Q    Okay.  Great.  Now that I understand the

2   structure of things...  Maybe I can speed things up a

3   little bit here.  I'll represent to you that the

4   remaining account statements in this collection in the

5   "Deposits and Credits" section look to be round figures

6   every month.  If you remember, would it be fair to say

7   that the deposits that went into this account every

8   month were advances from you to the corporation?

9      A    Not only from -- yeah, that's from me, but I got

10   loans.  I told you that.

11      Q    I understand.  But from whatever source, this was

12   you putting money into the corporation as opposed to --

13      A    Yes.  Not a person.  That's from my family.

14      Q    So these were advances from other sources.  My

15   point is, what I'm trying to establish is that this was

16   not income from operations of the corporation; is that

17   correct?  I need an audible --

18      A    Most of that is credit cards.  I told you that.

19           MS. KAMYSHANSKAYA:  Okay.  So "yes" or "no"?

20           THE DEPONENT:  I'm covering even sometimes my

21   personal if I don't have enough, and then I have a

22   loan --

23   BY MR. DIEDRICH

24      Q    So I think I -- I think we've gotten there, but

25   want to make sure.  These amounts in the deposits that

Page 102

1    are shown on these bank records are all loans or other

2    contributions as opposed to --

3        A    Loans.  Loans.

4        Q    -- as opposed to income.  They are not income of

5    the corporation.  'Is that correct?

6        A    That's not income, yes.

7        Q    That's all I was trying to get to.

8        A    Which months you are at?

9        Q    Hang on.  I haven't picked another one because I

10   may be done.  I won't point you to a page unless I need

11   to, but there's an entry on one of these account

12   statements.  It's actually the account statement for

13   June 2017 showing a payment of a DirecTV bill.  Is that

14   a personal expense?

15       A    Hold on.  Let me see.  June 1st.

16       Q    Yes.  If you want to flip forward to find the

17   June 1st statement.  It's a debit dated 6/16/17 to

18   DirecTV for $229.65.

19       A    132.43.  I'm looking here.

20            MS. KAMYSHANSKAYA:  Here.

21            THE DEPONENT:  Oh, oh.  DirecTV.  That is -- what

22   is that?  That's the company, Green Light Energy

23   Solutions.  I believe that's a mistake, but anyway, it's

24   paid.

25

Page 103

1    BY MR. DIEDRICH

2        Q    As a general matter, did you sometimes pay

3    personal expenses out of the corporate bank account?

4        A    Never.  Never.  That could be happen by mistake.

5        Q    Okay.

6        A    Interesting story.

7        Q    Here I notice -- this is in the July statement so

8    it's just a couple of pages further forward, but I

9    notice there's another payment to DirecTV, and there's

10   also a payment to PG&E.  So that's on the statement that

11   goes from July 1 to July 31.

12       A    PG&E I see, and --

13       Q    DirecTV again and PG&E.

14            MS. KAMYSHANSKAYA:  Alex conducted the business

15   out of his residential property.

16            THE DEPONENT:  Yeah.

17            MR. DIEDRICH:  Right.  I understand that.

18            MS. KAMYSHANSKAYA:  So PG&E could be reimbursable

19   expenses.

20            MR. DIEDRICH:  I understand.

21            THE DEPONENT:  And the DirecTV.  You see, that's

22   online payments.  And sometimes could be a mistake.  You

23   click, you say you're paying from your personal account,

24   and that could be happen.  That's a mistake.

25   BY MR. DIEDRICH

Page 104

1    Q    I understand.

2    A    August?

3    Q    I don't have any questions about August.  I'm

4    just going through to see if I have any more questions

5    about these bank statements at all.

6    A    I'm a criminal.

7    Q    So we established earlier that the contract with

8    TMCO that is the subject of this case was signed in

9    February 2016.

10         MS. KAMYSHANSKAYA:  2016?

11         MR. DIEDRICH:  I'm sorry.  February 6, 2012.

12    Thank you.

13    BY MR. DIEDRICH

14    Q    And there was an amendment that was executed in

15    November of 2012.

16         MS. KAMYSHANSKAYA:  To change the payment

17    structure.

18    BY MR. DIEDRICH

19    Q    Correct.  And then it appears that TMCO sent

20    written notice of completion of manufacturing of at

21    least some part of the order in approximately July of

22    2012.  And we looked earlier at the P&L statement from

23    the year 2012 in which the company had no income.  And

24    so my question for you is what was GLES plan -- how did

25    GLES intend to pay TMCO for the equipment it was

                                                   Page 105

1   fabricating, had that deal gone forward to its

2   conclusion?  How was GLES going to pay that liability?

3       A   I answered you last time.  The last time when I

4   answered, we actually informed her if the buyer -- I

5   have to answer.

6       Q   If you need to take it, of course.

7                   (Discussion held off the record.)

8           THE DEPONENT:  I informed Danko and Philip if the

9   buyer will continue paying, because he actually said he

10  is bankrupt and stopped paying us, and I told her,

11  "Don't buy actually product for your production."

12  BY MR. DIEDRICH

13      Q   Okay.  I think I can speed this up if you'll just

14  listen to the question.

15      A   Can we go off the line?

16      Q   No, wait a minute.  We're real close to being

17  done.  It's a fairly straightforward question.  I don't

18  need an editorial about who did what to whom.  My

19  question for you is how did GLES intend to pay TMCO for

20  the goods that TMCO was fabricating?  It sounds to me

21  like you were indicating that GLES had a buyer who was

22  paying money, and that's the money that was going to be

23  used to pay TMCO.

24      A   That's right.

25      Q   Is that correct?

Page 106

1     A    That's right.

2     Q    Who is that buyer?

3     A    It was listed.  That's the representative from

4  Moscow --

5          MS. KAMYSHANSKAYA:  Moscow Region.

6          THE DEPONENT:  Moscow Region Government.

7  BY MR. DIEDRICH

8     Q    Okay.  So it was a government entity.

9     A    That guy was actually paid the 10 percent.  He's

10 supposed to pay 15 percent, and then another 25 percent,

11 and then we give him actually six months.  But after we

12 receive the first payment, he's supposed to pay the

13 second one in January.  He did not pay January.  He did

14 not pay February.  And March he said "I am bankrupt."

15 I sent an email to Danko.  "Danko, please, I told you

16 that in February.  Stop running fast because we have a

17 problem."  "No," she said, "I'm not going to stop.  I

18 ordered it already.  And we have the close the factory.

19 I'm not the one who is going to give you 100 percent

20 actually work for your employees."  That's why Philip

21 proposed for me the company to buy the factory.  That's

22 why she's upset on me, and that's why he's paying money

23 to punish me.  But that's not going to be happening.  He

24 screwed it up.  He break my life, and no more going to

25 be that happen.  I don't want to do that.  Okay.  Let

                                          Page 107

# EXHIBIT 2

A GREEN LIGHT ENERGY SOLUTIONS R&D CORPORATION  COMMON STOCK LEDGER

| # | Number of Shares | Shareholder and Address | Original Date of Issuance | Consideration Paid Per Share | Comments/ History/ Transfers |
|---|---|---|---|---|---|
| 1. | 51,000,000 | Green Light Energy Solution, LLC 220 Lombard Street, Suite 823, San Francisco, CA 94111 | June 1, 2010 | Non-cash consideration the value of each was determined as $510,000 | |
| 2. | 30,650 | OOO' Inginiringovaya Company "Novue Ecologichnye Predpriyatiya" | April 16, 2012 | $122,600 | |
| 3. | 4,000,000 | Mr. Alex Rovt | April 18, 2011 | $2,000,000 | |
| 4. | 50,000 | Mr. Vladimir Cadovichs 2 Veiu, Jrmala, Latvia 28010 | March 31, 2013 | $ 50,000 | |
| 5. | 35,000 | Mr. Juri Bolotov Tihvinskiy    per.,    9-1-33 Moscow, Russia 127055 | November 1, 2012 | $ 35,000 | |

| Total amount of Shares Purchased: | 55,178,150 | Representing | 55,15% | of shares of GLES R&D Corporation |
|---|---|---|---|---|
| Total  amount of Shares Reserved: | 10,000,000 | Representing | 10 % | of shares of GLES R&D Corporation |
| Total amount of Shares Available: | 34,821,850 | Representing | 34,82% | of shares of GLES R&D Corporation |



# EXHIBIT 6


**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

PAGE 1 OF 1

BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY        PA6-580-04-05
SCRANTON, PA         18507

GREEN LIGHT ENERGY SOLUTIONS CORPOR
220 LOMBARD ST APT 823
SAN FRANCISCO CA 94111-1159

DATE: 03/01/17
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: XXXXXXXX2994

THE FOLLOWING WIRE WAS DEBITED TODAY:

USD AMOUNT $6,100.00

TRANSACTION REF:    2017030100352297
RELATED REF:        E9U8GSAAH
INSTRUCTING BANK:   BCC
BENEFICIARY:        GRIGORY SHNAYDER
BENEFICIARY'S BANK: SBERBANK OF RUSSIA (MOSCOW)

PAYMENT DETAIL:     Employee compensation

SERVICE REF: 227198

ID: UGQT
ID: 40817840938116600577
ID: 006550875822



# Xerox D95 Copier-Printer
Banner Sheet      1603

Date & Time : 03/07/2018  12:00 PM

User Name :

# 1603

Job Name :      AcctNotice_2017-03-29.pdf

Start Page


**Bank of America**
P.O. Box 15284
Wilmington, DE 19850

PAGE 1 OF 1

BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY        PA6-580-04-05
SCRANTON, PA        18507

GREEN LIGHT ENERGY SOLUTIONS CORPOR
220 LOMBARD ST APT 823
SAN FRANCISCO CA 94111-1159

DATE: 03/29/17
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: XXXXXXXX2994

THE FOLLOWING WIRE WAS DEBITED TODAY:

USD AMOUNT $4,900.00

TRANSACTION REF:    2017032900258516
RELATED REF:        KZ8EP4PLA
INSTRUCTING BANK:   BCC
BENEFICIARY:        GRIGORY SHNAYDER
BENEFICIARY'S BANK: SBERBANK OF RUSSIA (MOSCOW)

SERVICE REF: 420308

ID: UGQT
ID: 40817840938116600577
ID: 006550875822

PAYMENT DETAIL:     Employee compensation

# Xerox D95 Copier-Printer
## Banner Sheet                    1603

Date & Time : 03/07/2018  12:00 PM

User Name :

# 1603

Job Name :          AcctNotice_2017-05-01.pdf

Start Page


**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

PAGE 1 OF 1

BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY        PA6-580-04-05
SCRANTON, PA        18507

GREEN LIGHT ENERGY SOLUTIONS CORPOR
220 LOMBARD ST APT 823
SAN FRANCISCO CA 94111-1159

DATE: 05/01/17
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: XXXXXXXX2994

THE FOLLOWING WIRE WAS DEBITED TODAY:

| | | USD AMOUNT $5,100.00 |
|---|---|---|
| TRANSACTION REF: | 2017050100073025 | SERVICE REF: 048209 |
| RELATED REF: | UPE5ABYFL | |
| INSTRUCTING BANK: | BCC | ID: UGQT |
| BENEFICIARY: | GRIGORY SHNAYDER | ID: 40817840938116600577 |
| BENEFICIARY'S BANK: | SBERBANK OF RUSSIA (MOSCOW) | ID: 006550875822 |
| PAYMENT DETAIL: | Employee compensation | |

# Xerox D95 Copier-Printer
## Banner Sheet
1603

Date & Time : 03/07/2018  12:00 PM

User Name :

# 1603

Job Name :        AcctNotice_2017-05-30.pdf

Start Page


**Bank of America**
P.O. Box 15284
Wilmington, DE 19850

PAGE 1 OF 1

BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY          PA6-580-04-05
SCRANTON, PA            18507

GREEN LIGHT ENERGY SOLUTIONS CORPOR
220 LOMBARD ST APT 823
SAN FRANCISCO CA 94111-1159

DATE: 05/30/17
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: XXXXXXXX2994

THE FOLLOWING WIRE WAS DEBITED TODAY:

|  |  |
|---|---|
| TRANSACTION REF:   2017053000592472 | USD AMOUNT $4,900.00 |
| RELATED REF:       VSQ5CHUG2 | SERVICE REF: 085173 |
| INSTRUCTING BANK:  BCC | |
| BENEFICIARY:       GRIGORY SHNAYDER | ID: UGQT |
| BENEFICIARY'S BANK: SBERBANK OF RUSSIA (MOSCOW) | ID: 40817840938116600577 |
| | ID: 006550875822 |
| PAYMENT DETAIL:    Employee compensation | |

# Xerox D95 Copier-Printer
## Banner Sheet
## 1603

Date & Time : 03/07/2018  12:00 PM

User Name :

# 1603

Job Name :     AcctNotice_2017-06-28.pdf

Start Page



**Bank of America**
P.O. Box 15284
Wilmington, DE 19850

PAGE 1 OF 1

BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY          PA6-580-04-05
SCRANTON, PA          18507

GREEN LIGHT ENERGY SOLUTIONS CORPOR
220 LOMBARD ST APT 823
SAN FRANCISCO CA 94111-1159

DATE: 06/28/17
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: XXXXXXXX2994

---

THE FOLLOWING WIRE WAS DEBITED TODAY:

USD AMOUNT $4,900.00

TRANSACTION REF:    2017062800378112
RELATED REF:        UQBLDS87U
INSTRUCTING BANK:   BCC
BENEFICIARY:        GRIGORY SHNAYDER
BENEFICIARY'S BANK: SBERBANK OF RUSSIA (MOSCOW)

SERVICE REF: 425649

ID: UGQT
ID: 40817840938116600577
ID: 006550875822

PAYMENT DETAIL:     Employee compensation

# Xerox D95 Copier-Printer 1603

## Banner Sheet

Date & Time : 03/07/2018  12:00 PM

User Name :

# 1603

Job Name :  AcctNotice_2017-07-31.pdf

Start Page


**Bank of America**
P.O. Box 15284
Wilmington, DE 19850

PAGE 1 OF 1

BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY          PA6-580-04-05
SCRANTON, PA          18507

GREEN LIGHT ENERGY SOLUTIONS CORPOR
220 LOMBARD ST APT 823
SAN FRANCISCO CA 94111-1159

DATE: 07/31/17
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: XXXXXXXX2994

THE FOLLOWING WIRE WAS DEBITED TODAY:

USD AMOUNT $5,650.00

| | |
|---|---|
| TRANSACTION REF: | 2017073100391523 |
| RELATED REF: | NCH9N8NGA |
| INSTRUCTING BANK: | BCC |
| BENEFICIARY: | GRIGORY SHNAYDER |
| BENEFICIARY'S BANK: | SBERBANK OF RUSSIA (MOSCOW) |

SERVICE REF: 875905

ID: UGQT
ID: 40817840938116600577
ID: 006550875822

PAYMENT DETAIL:        Employee compensation

# Xerox D95 Copier-Printer
## Banner Sheet
# 1603

Date & Time : 03/07/2018  12:01 PM

User Name :

# 1603

Job Name :                 AcctNotice_2017-08-29.pdf

Start Page



**Bank of America**
P.O. Box 15284
Wilmington, DE 19850

PAGE 1 OF 1

BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY        PA6-580-04-05
SCRANTON, PA         18507

GREEN LIGHT ENERGY SOLUTIONS CORPOR
220 LOMBARD ST APT 823
SAN FRANCISCO CA 94111-1159

DATE: 08/29/17
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: XXXXXXXX2994

THE FOLLOWING WIRE WAS DEBITED TODAY:

USD AMOUNT $3,200.00

| | |
|---|---|
| TRANSACTION REF: | 2017082900383352 |
| RELATED REF: | JTW4U6SD7 |
| INSTRUCTING BANK: | BCC |
| BENEFICIARY: | GRIGORY SHNAYDER |
| BENEFICIARY'S BANK: | SBERBANK OF RUSSIA (MOSCOW) |

SERVICE REF: 093554

ID: UGQT
ID: 40817840938116600577
ID: 006550875822

PAYMENT DETAIL:    Employee compensation

# Xerox D95 Copier-Printer
## Banner Sheet 1603

Date & Time : 03/07/2018 12:02 PM

User Name :

# 1603

Job Name :          AcctNotice_2017-10-02.pdf

Start Page



**Bank of America**
P.O. Box 15284
Wilmington, DE 19850

PAGE 1 OF 1

BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY          PA6-580-04-05
SCRANTON, PA           18507

GREEN LIGHT ENERGY SOLUTIONS CORPOR
220 LOMBARD ST APT 823
SAN FRANCISCO CA 94111-1159

DATE: 10/02/17
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: XXXXXXXX2994

THE FOLLOWING WIRE WAS DEBITED TODAY:

USD AMOUNT $3,300.00

TRANSACTION REF:    2017100200432024
RELATED REF:        4LKQ3FKHS
INSTRUCTING BANK:   BCC
BENEFICIARY:        GRIGORY SHNAYDER
BENEFICIARY'S BANK: SBERBANK OF RUSSIA (MOSCOW)

SERVICE REF: 776790

ID: UGQT
ID: 40817840938116600577
ID: 006550875822

PAYMENT DETAIL:     Employee compensation

# Xerox D95 Copier-Printer
## Banner Sheet  1603

Date & Time : 03/07/2018  12:02 PM

User Name :

# 1603

Job Name :          AcctNotice_2017-10-30.pdf

Start Page



**Bank of America**
P.O. Box 15284
Wilmington, DE 19850

PAGE 1 OF 1

BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY          PA6-580-04-05
SCRANTON, PA          18507

GREEN LIGHT ENERGY SOLUTIONS CORPOR
220 LOMBARD ST APT 823
SAN FRANCISCO CA 94111-1159

DATE: 10/30/17
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: XXXXXXXX2994

THE FOLLOWING WIRE WAS DEBITED TODAY:

USD AMOUNT $3,400.00

TRANSACTION REF:   2017103000064151
RELATED REF:       Z5XTW3FQV
INSTRUCTING BANK:  BCC
BENEFICIARY:       GRIGORY SHNAYDER
BENEFICIARY'S BANK: SBERBANK OF RUSSIA (MOSCOW)

SERVICE REF: 041860

ID: UGQT
ID: 40817840938116600577
ID: 006550875822

PAYMENT DETAIL:    Employee compensation

# Xerox D95 Copier-Printer
## Banner Sheet 1603

Date & Time : 03/07/2018  12:03 PM

User Name :

# 1603

Job Name :         AcctNotice_2017-11-30.pdf

Start Page



**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

PAGE 1 OF 1

BANK OF AMERICA, N.A.
WIRE TRANSFER ADVICE
1 FLEET WAY          PA6-580-04-05
SCRANTON, PA          18507

GREEN LIGHT ENERGY SOLUTIONS CORPOR
220 LOMBARD ST APT 823
SAN FRANCISCO CA 94111-1159

DATE: 11/30/17
DIRECT INQUIRIES TO:
800.729.9473 OPTION 2
ACCOUNT: XXXXXXXX2994

THE FOLLOWING WIRE WAS DEBITED TODAY:

USD AMOUNT $3,200.00

| | |
|---|---|
| TRANSACTION REF: | 2017113000345997 |
| RELATED REF: | CYYM74XMX |
| INSTRUCTING BANK: | BCC |
| BENEFICIARY: | GRIGORY SHNAYDER |
| BENEFICIARY'S BANK: | SBERBANK OF RUSSIA (MOSCOW) |

SERVICE REF: 151016

ID: UGQT
ID: 40817840938116600577
ID: 006550875822

PAYMENT DETAIL:     Employee compensation

# Xerox D95 Copier-Printer
Banner Sheet  1603

Date & Time : 03/07/2018  12:03 PM

User Name :

# 1603

Job Name :        eStmt_2017-03-31 (1).pdf

Start Page



*Bus Platinum Privileges*

P.O. Box 15284
Wilmington, DE 19850

### Customer service information

📞 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

GREEN LIGHT ENERGY SOLUTIONS CORPOR
220 LOMBARD ST APT 823
SAN FRANCISCO, CA  94111-1159

## Your Business Fundamentals Checking
## Bus Platinum Privileges

for March 1, 2017 to March 31, 2017

Account number: 0002 8157 2994

**GREEN LIGHT ENERGY SOLUTIONS CORPOR**

### Account summary

| | | |
|---|---|---|
| Beginning balance on March 1, 2017 | $483.62 | # of deposits/credits: 4 |
| Deposits and other credits | 59,000.00 | # of withdrawals/debits: 19 |
| Withdrawals and other debits | -41,154.70 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -90.00 | Average ledger balance: $19,457.79 |
| **Ending balance on March 31, 2017** | **$18,238.92** | [1]Includes checks paid,deposited items&other debits |





# Banking at your fingertips

Our **Mobile Banking app**[1] can help you gain more control.

**Small Business Online Banking**

Text **BizAPP** to 226526 to download the app.[2] By texting us, you agree to receive an automated text message reply. Not a condition of purchasing any products or services.

**TIP OF THE MONTH**

[1] Mobile Banking requires enrollment through the Mobile Banking app, Mobile website or Online Banking. Enrollment through the Mobile Banking app is not available on all devices. View the Online Banking Service Agreement at bankofamerica.com/serviceagreement for more information. Data connection required. Wireless carrier fees may apply. [2] For the text message, supported carriers include but are not limited to AT&T, Verizon Wireless, T-Mobile®, MetroPCS, Sprint, Boost, Virgin Mobile USA, Cincinnati Bell, U.S. Cellular®. Text **STOP** to 226526 to cancel and text **HELP** to 226526 for help. ©2017 Bank of America Corporation. | ARPH5MVV | SSM-10-16-0611.B

GREEN LIGHT ENERGY SOLUTIONS CORPOR   |   Account # 0002 8157 2994   |   March 1, 2017 to March 31, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

Bank of America, N.A. Member FDIC and   Equal Housing Lender



**Bank of America**

**Your checking account**

GREEN LIGHT ENERGY SOLUTIONS CORPOR   |   Account # 0002 8157 2994   |   March 1, 2017 to March 31, 2017

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/17 | Counter Credit | 10,000.00 |
| 03/03/17 | BKOFAMERICA ATM 03/03 #000007879 DEPOSIT COLUMBUS          SAN FRANCISCO CA | 10,000.00 |
| 03/03/17 | Online Banking transfer from CHK 6365 Confirmation# 3156428830 | 4,000.00 |
| 03/17/17 | Counter Credit | 35,000.00 |
| **Total deposits and other credits** | | **$59,000.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 03/01/17 | WIRE TYPE:INTL OUT DATE:170301 TIME:1446 ET TRN:2017030100352297 SERVICE REF:227198 BNF:GRIGORY SHNAYDER ID:4081784093811660 BNF BK:SB ERBANK OF RUSSIA (MOS ID:006550875822 PMT DET:E9U8 GSAAH Employee compensation | -6,100.00 |
| 03/01/17 | Online Banking payment to CRD 0496 Confirmation# 1441008474 | -1,287.91 |
| 03/01/17 | AT&T MOBILITY   Bill Payment | -116.42 |
| 03/03/17 | ANTHEM BLUE CROSS OF CA Bill Payment | -2,270.98 |
| 03/03/17 | PG&E          Bill Payment | -469.58 |
| 03/06/17 | BANK OF AMERICA BUSINESS CARD Bill Payment | -237.38 |
| 03/07/17 | AT&T BILL (SBC-CA) Bill Payment | -112.96 |
| 03/08/17 | BANK OF AMERICA - PERSONAL CARD Bill Payment | -508.00 |
| 03/10/17 | AMERICAN EXPRESS Bill Payment | -44.15 |
| 03/17/17 | VIRGIN AMERICA VISA Bill Payment | -1,855.43 |
| 03/17/17 | BMW FINANCIAL SERVICES Bill Payment | -388.44 |
| 03/20/17 | Online scheduled payment to CRD 0496 Confirmation# 2100833049 | -21,339.37 |
| 03/22/17 | BMW FINANCIAL SERVICES Bill Payment | -602.40 |
| 03/24/17 | AMERICAN EXPRESS Bill Payment | -659.52 |
| 03/24/17 | SYNCHRONY BANK  Bill Payment | -144.00 |

continued on the next page

**Celebrate 20 years of Museums on Us®**

During the first full weekend of every month, just show your Bank of America® debit or credit card and a photo ID for **one free general admission** to more than 150 cultural institutions.

Learn more at bankofamerica.com/artsonus.

Make a date with your favorite museum

©2017 Bank of America Corporation          SSM-11-16-0484.B  |  ARMBCHVK

**Bank of America** 

GREEN LIGHT ENERGY SOLUTIONS CORPOR  |  Account # 0002 8157 2994  |  March 1, 2017 to March 31, 2017

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 03/29/17 | WIRE TYPE:INTL OUT DATE:170329 TIME:1206 ET TRN:2017032900258516 SERVICE REF:420308 BNF:GRIGORY SHNAYDER ID:4081784093811660 BNF BK:SB ERBANK OF RUSSIA (MOS ID:006550875822 PMT DET:KZ8E P4PLA Employee compensation | -4,900.00 |
| 03/31/17 | AT&T MOBILITY   Bill Payment | -118.16 |
| **Total withdrawals and other debits** | | **-$41,154.70** |

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 03/01/17 | Wire Transfer Fee | -45.00 |
| 03/29/17 | Wire Transfer Fee | -45.00 |
| **Total service fees** | | **-$90.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 03/01 | 2,934.29 | 03/08 | 13,335.39 | 03/22 | 24,105.60 |
| 03/03 | 14,193.73 | 03/10 | 13,291.24 | 03/24 | 23,302.08 |
| 03/06 | 13,956.35 | 03/17 | 46,047.37 | 03/29 | 18,357.08 |
| 03/07 | 13,843.39 | 03/20 | 24,708.00 | 03/31 | 18,238.92 |

# Xerox D95 Copier-Printer
## Banner Sheet                1603

Date & Time : 03/07/2018  12:03 PM

User Name :

# 1603

Job Name :          eStmt_2017-04-28 (1).pdf

Start Page



*Bus Platinum Privileges*

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

GREEN LIGHT ENERGY SOLUTIONS CORPOR
220 LOMBARD ST APT 823
SAN FRANCISCO, CA  94111-1159

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for April 1, 2017 to April 30, 2017

**GREEN LIGHT ENERGY SOLUTIONS CORPOR**

Account number: 0002 8157 2994

## Account summary

| | |
|---|---|
| Beginning balance on April 1, 2017 | $18,238.92 |
| Deposits and other credits | 10,000.00 |
| Withdrawals and other debits | -20,709.14 |
| Checks | -2,400.00 |
| Service fees | -0.00 |
| **Ending balance on April 30, 2017** | **$5,129.78** |

| | |
|---|---|
| # of deposits/credits: | 2 |
| # of withdrawals/debits: | 17 |
| # of items-previous cycle[1]: | 2 |
| # of days in cycle: | 30 |
| Average ledger balance: | $7,986.72 |

[1]Includes checks paid,deposited items&other debits



Bank of America **Business Advantage**

## Our country is built on businesses like yours

In cities and towns across the country, we celebrate business owners like you during
**National Small Business Week**, April 30–May 6, and throughout the month of May.

Whatever the size of your business, we take the time to help you find the smartest path
to long-term growth. Visit **bankofamerica.com/bizweek** today.

Bank of America, N.A. ©2017 Bank of America Corporation. | ARSG7DYC | SSM-01-17-2126.B

PULL: E   CYCLE: 68   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: CA3

GREEN LIGHT ENERGY SOLUTIONS CORPOR   |   Account # 0002 8157 2994   |   April 1, 2017 to April 30, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   –   Tell us your name and account number.
   –   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
   –   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation



Bank of America, N.A. Member FDIC and          Equal Housing Lender

 **Bank of America**

**Your checking account**

GREEN LIGHT ENERGY SOLUTIONS CORPOR | Account # 0002 8157 2994 | April 1, 2017 to April 30, 2017

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 04/05/17 | Online Banking transfer from CHK 6365 Confirmation# 7444050489 | 5,000.00 |
| 04/11/17 | Online Banking transfer from CHK 6365 Confirmation# 5192964268 | 5,000.00 |
| **Total deposits and other credits** | | **$10,000.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 04/04/17 | BANK OF AMERICA BUSINESS CARD Bill Payment | -13,634.84 |
| 04/04/17 | ANTHEM BLUE CROSS OF CA Bill Payment | -2,270.98 |
| 04/04/17 | Online scheduled payment to CRD 0496 Confirmation# 2130420504 | -622.97 |
| 04/04/17 | PG&E       Bill Payment | -351.00 |
| 04/05/17 | AT&T BILL (SBC-CA) Bill Payment | -114.54 |
| 04/07/17 | BANK OF AMERICA BUSINESS CARD Bill Payment | -505.00 |
| 04/12/17 | BANK OF AMERICA – PERSONAL CARD Bill Payment | -505.00 |
| 04/12/17 | AMERICAN EXPRESS Bill Payment | -25.00 |
| 04/13/17 | CA TLR transfer to CHK 4711 | -625.00 |
| 04/17/17 | Haynes and Boone, LLP Bill Payment | -880.00 |
| 04/18/17 | BMW FINANCIAL SERVICES Bill Payment | -388.44 |
| 04/19/17 | VIRGIN AMERICA VISA Bill Payment | -39.97 |
| 04/21/17 | BMW FINANCIAL SERVICES Bill Payment | -602.40 |
| 04/26/17 | SYNCHRONY BANK  Bill Payment | -144.00 |
| **Total withdrawals and other debits** | | **-$20,709.14** |



**Small Business Online Banking**

TIP OF THE MONTH

# Dreading the shredding?

**Go paperless** and make a statement.

- Your secure paperless statements don't need storing or shredding
- Get email reminders that link right to your statements for easy access
- View and download your business statements anytime, with no paper waste

Click **Profile & Settings** (in the upper right next to **Sign Out**) when logged in at **bankofamerica.com/smallbusiness**.

©2017 Bank of America Corporation. | AR86PR99 | SSM-11-16-0507.B



GREEN LIGHT ENERGY SOLUTIONS CORPOR  |  Account # 0002 8157 2994  |  April 1, 2017 to April 30, 2017

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 04/19/17 | 254 | -800.00 |
| 04/24/17 | 255 | -800.00 |

| Date | Check # | Amount |
|------|---------|--------|
| 04/24/17 | 256 | -800.00 |
| | **Total checks** | **-$2,400.00** |
| | **Total # of checks** | **3** |

## Service fees

Based upon the activity below, the monthly fee on your Business Fundamentals checking account was waived for the statement period ending 03/31/17:

At least one of the following occurred

- ◯ $250+ in new net purchases on a linked Business debit card
- ✔ $250+ in new net purchases on a linked Business credit card
- ◯ $3,000+ minimum daily balance in primary checking account
- ✔ $5,000+ average monthly balance in primary checking account
- ✔ $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services.  For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 04/01 | 18,238.92 | 04/12 | 10,209.59 | 04/19 | 7,476.18 |
| 04/04 | 1,359.13 | 04/13 | 9,584.59 | 04/21 | 6,873.78 |
| 04/05 | 6,244.59 | 04/17 | 8,704.59 | 04/24 | 5,273.78 |
| 04/07 | 5,739.59 | 04/18 | 8,316.15 | 04/26 | 5,129.78 |
| 04/11 | 10,739.59 | | | | |

# Bank of America

GREEN LIGHT ENERGY SOLUTIONS CORPOR | Account # 0002 8157 2994 | April 1, 2017 to April 30, 2017

## Check images

**Account number: 0002 8157 2994**

Check number: 254 | Amount: $800.00



Check number: 255 | Amount: $800.00



Check number: 256 | Amount: $800.00



This page intentionally left blank

# Xerox D95 Copier-Printer
## Banner Sheet          1603

Date & Time : 03/07/2018  12:04 PM

User Name :

# 1603

Job Name :          eStmt_2017-05-31 (1).pdf

Start Page



*Bus Platinum Privileges*

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

GREEN LIGHT ENERGY SOLUTIONS CORPOR
220 LOMBARD ST APT 823
SAN FRANCISCO, CA  94111-1159

## Your Business Fundamentals Checking
## Bus Platinum Privileges

for May 1, 2017 to May 31, 2017

**GREEN LIGHT ENERGY SOLUTIONS CORPOR**

Account number: 0002 8157 2994

## Account summary

| | | |
|---|---|---|
| Beginning balance on May 1, 2017 | $5,129.78 | # of deposits/credits: 2 |
| Deposits and other credits | 17,500.00 | # of withdrawals/debits: 16 |
| Withdrawals and other debits | -16,006.11 | # of items-previous cycle[1]: 3 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -97.50 | Average ledger balance: $5,121.50 |
| **Ending balance on May 31, 2017** | **$6,526.17** | [1]Includes checks paid,deposited items&other debits |



# Banking at your fingertips

Our **Mobile Banking app**[1] can help you gain more control.

Small Business
Online Banking

Text **BizAPP** to 226526 to download the app.[2] By texting us, you agree to receive an automated text message reply. Not a condition of purchasing any products or services.

**TIP OF THE MONTH**

[1] Mobile Banking requires enrollment through the Mobile Banking app, Mobile website or Online Banking. Enrollment through the Mobile Banking app is not available on all devices. View the Online Banking Service Agreement at bankofamerica.com/serviceagreement for more information. Data connection required. Wireless carrier fees may apply. [2] For the text message, supported carriers include but are not limited to AT&T, Verizon Wireless, T-Mobile®. MetroPCS, Sprint, Boost, Virgin Mobile USA, Cincinnati Bell, U.S. Cellular®. Text **STOP** to 226526 to cancel and text **HELP** to 226526 for help. ©2017 Bank of America Corporation. | ARPH6MVV | SSM-10-16-0611.B




GREEN LIGHT ENERGY SOLUTIONS CORPOR  |  Account # 0002 8157 2994  |  May 1, 2017 to May 31, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

 Bank of America, N.A. Member FDIC and 🏠 Equal Housing Lender

 **Bank of America**

**Your checking account**

GREEN LIGHT ENERGY SOLUTIONS CORPOR | Account # 0002 8157 2994 | May 1, 2017 to May 31, 2017

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 05/01/17 | Counter Credit | 7,500.00 |
| 05/24/17 | Counter Credit | 10,000.00 |
| **Total deposits and other credits** | | **$17,500.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 05/01/17 | WIRE TYPE:INTL OUT DATE:170501 TIME:0517 ET TRN:2017050100073025 SERVICE REF:048209 BNF:GRIGORY SHNAYDER ID:4081784093811660 BNF BK:SB ERBANK OF RUSSIA (MOS ID:006550875822 PMT DET:UPE5 ABYFL Employee compensation | -5,100.00 |
| 05/01/17 | AT&T MOBILITY   Bill Payment | -117.43 |
| 05/03/17 | PG&E        Bill Payment | -134.81 |
| 05/04/17 | BANK OF AMERICA BUSINESS CARD Bill Payment | -293.39 |
| 05/05/17 | AMERICAN EXPRESS Bill Payment | -3,691.22 |
| 05/05/17 | AT&T BILL (SBC-CA) Bill Payment | -113.18 |
| 05/08/17 | BANK OF AMERICA - PERSONAL CARD Bill Payment | -504.00 |
| 05/15/17 | BANK OF AMERICA BUSINESS CARD Bill Payment | -2.27 |
| 05/18/17 | BMW FINANCIAL SERVICES Bill Payment | -388.44 |
| 05/19/17 | VIRGIN AMERICA VISA Bill Payment | -14.97 |
| 05/22/17 | BMW FINANCIAL SERVICES Bill Payment | -602.40 |
| 05/26/17 | SYNCHRONY BANK  Bill Payment | -144.00 |
| 05/30/17 | WIRE TYPE:INTL OUT DATE:170531 TIME:1805 ET TRN:2017053000592472 SERVICE REF:085173 BNF:GRIGORY SHNAYDER ID:4081784093811660 BNF BK:SB ERBANK OF RUSSIA (MOS ID:006550875822 PMT DET:VSQ5 CHUG2 Employee compensation | -4,900.00 |
| **Total withdrawals and other debits** | | **-$16,006.11** |

**Small Business Online Banking**

TIP OF THE MONTH

# Dreading the shredding?

**Go paperless** and make a statement.

- Your secure paperless statements don't need storing or shredding
- Get email reminders that link right to your statements for easy access
- View and download your business statements anytime, with no paper waste

Click **Profile & Settings** (in the upper right next to **Sign Out**) when logged in at **bankofamerica.com/smallbusiness**.



©2017 Bank of America Corporation.  |  AR86PR99  |  SSM-11-16-0507.B

GREEN LIGHT ENERGY SOLUTIONS CORPOR  |  Account # 0002 8157 2994  |  May 1, 2017 to May 31, 2017

## Service fees

Based upon the activity below, the monthly fee on your Business Fundamentals checking account was waived for the statement period ending 04/28/17:

At least one of the following occurred

- ○ $250+ in new net purchases on a linked Business debit card
- ✓ $250+ in new net purchases on a linked Business credit card
- ○ $3,000+ minimum daily balance in primary checking account
- ✓ $5,000+ average monthly balance in primary checking account
- ○ $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services.  For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 05/01/17 | Wire Transfer Fee | -45.00 |
| 05/01/17 | Cash Deposit Processing | -7.50 |
| 05/30/17 | Wire Transfer Fee | -45.00 |
| **Total service fees** | | **-$97.50** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 05/01 | 7,359.85 | 05/08 | 2,623.25 | 05/22 | 1,615.17 |
| 05/03 | 7,225.04 | 05/15 | 2,620.98 | 05/24 | 11,615.17 |
| 05/04 | 6,931.65 | 05/18 | 2,232.54 | 05/26 | 11,471.17 |
| 05/05 | 3,127.25 | 05/19 | 2,217.57 | 05/30 | 6,526.17 |

# Xerox D95 Copier-Printer
## Banner Sheet 1603

Date & Time : 03/07/2018 12:06 PM

User Name :

# 1603

Job Name :        eStmt_2017-06-30 (1).pdf

Start Page



*Bus Platinum Privileges*

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

GREEN LIGHT ENERGY SOLUTIONS CORPOR
220 LOMBARD ST APT 823
SAN FRANCISCO, CA  94111-1159

## Your Business Fundamentals Checking
## Bus Platinum Privileges

for June 1, 2017 to June 30, 2017

**GREEN LIGHT ENERGY SOLUTIONS CORPOR**

Account number: 0002 8157 2994

## Account summary

| | |
|---|---|
| Beginning balance on June 1, 2017 | $6,526.17 |
| Deposits and other credits | 15,000.00 |
| Withdrawals and other debits | -14,803.22 |
| Checks | -0.00 |
| Service fees | -45.00 |
| **Ending balance on June 30, 2017** | **$6,677.95** |

# of deposits/credits: 2
# of withdrawals/debits: 16
# of items–previous cycle[1]: 1
# of days in cycle: 30
Average ledger balance: $6,065.07
[1]Includes checks paid,deposited items&other debits



Bank of America **Business Advantage**

## Send payments with ACH

As a small business owner, did you know you can pay vendors and suppliers at other financial institutions—outside of Bank of America—using ACH payments?

Simply use Online Banking to make cost-effective electronic fund transfers with ACH:
$10 for next-day delivery and $3 for 3-day delivery. Log in or enroll at bankofamerica.com/smallbusiness.
Click the **Transfers** tab, then select **Send Money to Someone** and then **Using Their Account Number at Another Bank**.

Online Banking
TIP OF
THE MONTH

AR7C4SJ9
SSM-02-17-0641.B

GREEN LIGHT ENERGY SOLUTIONS CORPOR | Account # 0002 8157 2994 | June 1, 2017 to June 30, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking. Or, you can call our Customer Service team.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you for, and you agree to not make a claim against us for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us at the telephone number listed on the front of this statement to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

 Bank of America, N.A. Member FDIC and         Equal Housing Lender

**Bank of America** 

**Your checking account**

GREEN LIGHT ENERGY SOLUTIONS CORPOR   |   Account # 0002 8157 2994   |   June 1, 2017 to June 30, 2017

## Deposits and other credits

| Date | Description | | Amount |
|------|-------------|---|--------|
| 06/16/17 | Counter Credit | | 10,000.00 |
| 06/28/17 | BKOFAMERICA ATM 06/28 #000003458 DEPOSIT COLUMBUS | SAN FRANCISCO CA | 5,000.00 |
| **Total deposits and other credits** | | | **$15,000.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 06/01/17 | AT&T MOBILITY   Bill Payment | -132.43 |
| 06/02/17 | PG&E        Bill Payment | -128.97 |
| 06/05/17 | AMERICAN EXPRESS Bill Payment | -2,000.00 |
| 06/05/17 | AT&T BILL (SBC-CA) Bill Payment | -113.18 |
| 06/06/17 | BANK OF AMERICA - PERSONAL CARD BIll Payment | -492.00 |
| 06/08/17 | BANK OF AMERICA BUSINESS CARD Bill Payment | -500.00 |
| 06/12/17 | AMERICAN EXPRESS Bill Payment | -195.00 |
| 06/16/17 | BMW FINANCIAL SERVICES Bill Payment | -389.34 |
| 06/16/17 | DIRECTV        Bill Payment | -229.65 |
| 06/19/17 | Anthem BC    DES:RA-1201018 ID:000000835510885  INDN:GREENLIGHT ENERGY SOLU  CO ID:9195000001 CCD | -4,842.70 |
| 06/19/17 | VIRGIN AMERICA VISA Bill Payment | -14.97 |
| 06/22/17 | BMW FINANCIAL SERVICES Bill Payment | -602.40 |
| 06/26/17 | SYNCHRONY BANK  Bill Payment | -144.00 |
| 06/28/17 | WIRE TYPE:INTL OUT DATE:170628 TIME:1631 ET TRN:2017062800378112 SERVICE REF:425649 BNF:GRIGORY SHNAYDER ID:40817B4093811660 BNF BK:SB ERBANK OF RUSSIA (MOS ID:006550875822 PMT DET:UQBL D587U Employee compensation | -4,900.00 |
| 06/30/17 | AT&T MOBILITY   Bill Payment | -118.58 |
| **Total withdrawals and other debits** | | **-$14,803.22** |

Bank of America **Business Advantage**

## Thank you for your business.
## Here's to your continued success.

We're committed to finding the smartest path to long-term growth for your business.

Our small business specialists will work to help you strengthen your business and plan for the future. Please visit **bankofamerica.com/smallbusiness** to learn more.

ARLLD94V | SSM-02-17-0642.B

GREEN LIGHT ENERGY SOLUTIONS CORPOR  |  Account # 0002 8157 2994  |  June 1, 2017 to June 30, 2017

## Service fees

Based upon the activity below, the monthly fee on your Business Fundamentals checking account was waived for the statement period ending 05/31/17:

At least one of the following occurred

- ○ $250+ in new net purchases on a linked Business debit card
- ○ $250+ in new net purchases on a linked Business credit card
- ○ $3,000+ minimum daily balance in primary checking account
- ✓ $5,000+ average monthly balance in primary checking account
- ○ $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services.  For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 06/28/17 | Wire Transfer Fee | -45.00 |
| **Total service fees** | | **-$45.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 06/01 | 6,393.74 | 06/08 | 3,159.59 | 06/22 | 6,885.53 |
| 06/02 | 6,264.77 | 06/12 | 2,964.59 | 06/26 | 6,741.53 |
| 06/05 | 4,151.59 | 06/16 | 12,345.60 | 06/28 | 6,796.53 |
| 06/06 | 3,659.59 | 06/19 | 7,487.93 | 06/30 | 6,677.95 |

# Xerox D95 Copier-Printer
## Banner Sheet    1603

Date & Time : 03/07/2018  12:06 PM

User Name :

# 1603

Job Name :      eStmt_2017-07-31 (1).pdf

Start Page



*Bus Platinum Privileges*

P.O. Box 15284
Wilmington, DE 19850

### Customer service information

📞 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

GREEN LIGHT ENERGY SOLUTIONS CORPOR
220 LOMBARD ST APT 823
SAN FRANCISCO, CA  94111-1159

## Your Business Fundamentals Checking
## Bus Platinum Privileges

for July 1, 2017 to July 31, 2017

Account number: 0002 8157 2994

**GREEN LIGHT ENERGY SOLUTIONS CORPOR**

### Account summary

| | | |
|---|---|---|
| Beginning balance on July 1, 2017 | $6,677.95 | # of deposits/credits: 2 |
| Deposits and other credits | 14,541.96 | # of withdrawals/debits: 15 |
| Withdrawals and other debits | -16,779.27 | # of items-previous cycle[1]: 2 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -45.00 | Average ledger balance: $6,286.74 |
| **Ending balance on July 31, 2017** | **$4,395.64** | [1]Includes checks paid,deposited items&other debits |

Bank of America **Business Advantage**



Online Banking
**TIP OF
THE MONTH**

## Stay informed around the clock

**Online Alerts**[1] help keep you informed.

• Monitor your account balances and receive alerts when payments are due
• Be notified when transactions have cleared

Log in or enroll at **bankofamerica.com/smallbusiness** and click on **Alerts** in the Activity Center.

[1]Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not
available on the Mobile website. Wireless carrier fees may apply.  ©2017 Bank of America Corporation.  |  ARVB5JGG | SSM-04-17-0040.B

GREEN LIGHT ENERGY SOLUTIONS CORPOR  |  Account # 0002 8157 2994  |  July 1, 2017 to July 31, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

-   Tell us your name and account number.
-   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
-   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

 Bank of America, N.A. Member FDIC and  Equal Housing Lender



**Bank of America**

**Your checking account**

GREEN LIGHT ENERGY SOLUTIONS CORPOR | Account # 0002 8157 2994 | July 1, 2017 to July 31, 2017

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 07/05/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 07-03) | 4,541.96 |
| 07/17/17 | Online Banking transfer from CHK 6365 Confirmation# 1114299001 | 10,000.00 |
| **Total deposits and other credits** | | **$14,541.96** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 07/03/17 | ANTHEM BLUE I01O DES:CORP PYMT ID:FL00753705 INDN:GREENLIGHT ENERG        CO ID:CP35214571 CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.  CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | -4,541.96 |
| 07/03/17 | AT&T BILL (SBC-CA) Bill Payment | -113.18 |
| 07/05/17 | ANTHEM BLUE CROSS OF CA Bill Payment | -2,270.98 |
| 07/05/17 | AMERICAN EXPRESS Bill Payment | -2,000.00 |
| 07/05/17 | PG&E        Bill Payment | -134.79 |
| 07/05/17 | BANK OF AMERICA BUSINESS CARD Bill Payment | -42.00 |
| 07/06/17 | BANK OF AMERICA BUSINESS CARD Bill Payment | -170.00 |
| 07/07/17 | BANK OF AMERICA - PERSONAL CARD Bill Payment | -476.00 |
| 07/17/17 | BMW FINANCIAL SERVICES Bill Payment | -389.34 |
| 07/18/17 | DIRECTV        Bill Payment | -229.65 |
| 07/19/17 | VIRGIN AMERICA VISA Bill Payment | -14.97 |
| 07/21/17 | BMW FINANCIAL SERVICES Bill Payment | -602.40 |
| 07/26/17 | SYNCHRONY BANK  Bill Payment | -144.00 |
| 07/31/17 | WIRE TYPE:INTL OUT DATE:170731 TIME:1315 ET TRN:2017073100391523 SERVICE REF:875905 BNF:GRIGORY SHNAYDER ID:4081784093811660 BNF BK:SB ERBANK OF RUSSIA (MOS ID:006550875822 PMT DET:NCH9 N8NGA Employee compensation | -5,650.00 |
| **Total withdrawals and other debits** | | **-$16,779.27** |

## How can we improve your business banking?

Join the **Bank of America®** Advisory Panel. You can help us learn what we're doing right and what we can do better. And you'll be entered into a drawing for a chance to win Visa® gift cards totaling **$3,000** just for joining.

To learn more and join, enter code **SBDD** at **bankofamerica.com/advisorypanel** today.

No purchase necessary. Sweepstakes ends 12/31/2017. Inclusion on the Advisory Panel subject to qualifications. For official rules and entry go to bankofamerica.com/advisorypanel. Void where prohibited. ©2017 Bank of America Corporation. SSM-02-17-0048.B | ARW78P9K

GREEN LIGHT ENERGY SOLUTIONS CORPOR  |  Account # 0002 8157 2994  |  July 1, 2017 to July 31, 2017

## Service fees

Based upon the activity below, the monthly fee on your Business Fundamentals checking account was waived for the statement period ending 06/30/17:

At least one of the following occurred

- ○ $250+ in new net purchases on a linked Business debit card
- ○ $250+ in new net purchases on a linked Business credit card
- ○ $3,000+ minimum daily balance in primary checking account
- ☑ $5,000+ average monthly balance in primary checking account
- ○ $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 07/31/17 | Wire Transfer Fee | -45.00 |
| **Total service fees** | | **-$45.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 07/01 | 6,677.95 | 07/07 | 1,471.00 | 07/21 | 10,234.64 |
| 07/03 | 2,022.81 | 07/17 | 11,081.66 | 07/26 | 10,090.64 |
| 07/05 | 2,117.00 | 07/18 | 10,852.01 | 07/31 | 4,395.64 |
| 07/06 | 1,947.00 | 07/19 | 10,837.04 | | |

# Xerox D95 Copier-Printer
## Banner Sheet 1603

Date & Time : 03/07/2018 12:07 PM

User Name :

# 1603

Job Name :        eStmt_2017-08-31 (2).pdf

Start Page



Bus Platinum Privileges

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

GREEN LIGHT ENERGY SOLUTIONS CORPOR
220 LOMBARD ST APT 823
SAN FRANCISCO, CA  94111-1159

**Customer service information**

📞  1.888.BUSINESS (1.888.287.4637)

💻  bankofamerica.com

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for August 1, 2017 to August 31, 2017          Account number: 0002 8157 2994

**GREEN LIGHT ENERGY SOLUTIONS CORPOR**

## Account summary

| | | |
|---|---|---|
| Beginning balance on August 1, 2017 | $4,395.64 | # of deposits/credits: 7 |
| Deposits and other credits | 29,366.98 | # of withdrawals/debits: 22 |
| Withdrawals and other debits | -21,607.10 | # of items-previous cycle[1]: 0 |
| Checks | -7,765.00 | # of days in cycle: 31 |
| Service fees | -115.00 | Average ledger balance: $4,746.27 |
| **Ending balance on August 31, 2017** | **$4,275.52** | [1]Includes checks paid,deposited items&other debits |



Bank of America **Business Advantage**

## Thank you for your business.
## Here's to your continued success.

We're committed to finding the smartest path to long-term growth for your business.

Our small business specialists will work to help you strengthen your business and plan for the future. Please visit **bankofamerica.com/smallbusiness** to learn more.

ARLLD94V | SSM-02-17-0642B

GREEN LIGHT ENERGY SOLUTIONS CORPOR  |  Account # 0002 8157 2994  |  August 1, 2017 to August 31, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

Bank of America, N.A. Member FDIC and ⌂ Equal Housing Lender



**Bank of America** ≫

**Your checking account**

GREEN LIGHT ENERGY SOLUTIONS CORPOR   |   Account # 0002 8157 2994   |   August 1, 2017 to August 31, 2017

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 08/03/17 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 08-02) | 2,293.00 |
| 08/03/17 | Online Banking transfer from CHK 6365 Confirmation# 2580294670 | 5,000.00 |
| 08/07/17 | Online Banking transfer from CHK 6365 Confirmation# 3203921541 | 2,500.00 |
| 08/16/17 | Counter Credit | 5,000.00 |
| 08/23/17 | Online Banking advance from CRD 2969 Confirmation# 0552990119 | 9,000.00 |
| 08/23/17 | Online Banking advance from CRD 2969 Confirmation# 0552982923 | 1,000.00 |
| 08/30/17 | Counter Credit | 4,573.98 |
| **Total deposits and other credits** | | **$29,366.98** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 08/01/17 | AT&T MOBILITY   Bill Payment | -117.34 |
| 08/02/17 | ANTHEM BLUE I01O DES:CORP PYMT ID:FL00799619 INDN:GREENLIGHT ENERG    CO ID:CP35214571 CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT.  CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | -4,566.96 |
| 08/02/17 | ANTHEM BLUE CROSS OF CA Bill Payment | -2,293.00 |
| 08/03/17 | PG&E        Bill Payment | -147.67 |
| 08/03/17 | BANK OF AMERICA BUSINESS CARD Bill Payment | -5.00 |
| 08/04/17 | ANTHEM BLUE CROSS BLUE SHIELD Bill Payment | -2,293.00 |
| 08/04/17 | AMERICAN EXPRESS Bill Payment | -2,000.00 |
| 08/04/17 | AT&T BILL (SBC-CA) Bill Payment | -113.09 |
| 08/07/17 | BANK OF AMERICA - PERSONAL CARD Bill Payment | -467.00 |
| 08/08/17 | BANK OF AMERICA - PERSONAL CARD Bill Payment | -467.00 |
| 08/11/17 | AMERICAN EXPRESS Bill Payment | -25.00 |
| 08/18/17 | Online Banking payment to CRD 0496 Confirmation# 4107013137 | -500.00 |

*continued on the next page*

Bank of America **Business Advantage**



# Banking at your fingertips

Mobile Banking[1] allows you to manage your business account on the go.

Download our free Mobile Banking app at **bankofamerica.com/getmobileapp**.

Online Banking
**TIP OF
THE MONTH**

[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. View the Online Banking Service Agreement at bankofamerica.com/serviceagreement for more information. Data connection required. Wireless carrier fees may apply.
©2017 Bank of America Corporation.  |  ART3K7YD  |  SSM-04-17-0042.B

GREEN LIGHT ENERGY SOLUTIONS CORPOR  |  Account # 0002 8157 2994  |  August 1, 2017 to August 31, 2017

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 08/18/17 | VIRGIN AMERICA VISA Bill Payment | -2,000.00 |
| 08/18/17 | BMW FINANCIAL SERVICES Bill Payment | -386.64 |
| 08/22/17 | BMW FINANCIAL SERVICES Bill Payment | -602.40 |
| 08/25/17 | SYNCHRONY BANK  Bill Payment | -144.00 |
| 08/28/17 | ANTHEM BLUE CROSS OF CA Bill Payment | -2,279.00 |
| 08/29/17 | WIRE TYPE:INTL OUT DATE:170829 TIME:1647 ET TRN:2017082900383352 SERVICE REF:093554 BNF:GRIGORY SHNAYDER ID:4081784093811660 BNF BK:SB ERBANK OF RUSSIA (MOS ID:006550875822 PMT DET:JTW4 U6SD7 Employee compensation | -3,200.00 |

**Total withdrawals and other debits**                    **-$21,607.10**

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 08/30/17 | 257 | -7,765.00 |

**Total checks**                    **-$7,765.00**
**Total # of checks**                    **1**

## Service fees

| Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below. | | |
|---|---|---|
| | Total for this period | Total year-to-date |
| Total Overdraft fees | $35.00 | $35.00 |
| Total NSF: Returned Item fees | $35.00 | $35.00 |

Based upon the activity below, the monthly fee on your Business Fundamentals checking account was waived for the statement period ending 07/31/17:

At least one of the following occurred

○  $250+ in new net purchases on a linked Business debit card

○  $250+ in new net purchases on a linked Business credit card

○  $3,000+ minimum daily balance in primary checking account

☑  $5,000+ average monthly balance in primary checking account

○  $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services.  For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness. .

continued on the next page

**Bank of America** 🇺🇸

# Your checking account

GREEN LIGHT ENERGY SOLUTIONS CORPOR  |  Account # 0002 8157 2994  |  August 1, 2017 to August 31, 2017

## Service fees - continued

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 08/02/17 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 08-02 | -35.00 |
| 08/02/17 | NSF: RETURNED ITEM FEE FOR ACTIVITY OF 08-02 | -35.00 |
| 08/29/17 | Wire Transfer Fee | -45.00 |
| **Total service fees** | | **-$115.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 08/01 | 4,278.30 | 08/08 | 1,648.58 | 08/23 | 13,134.54 |
| 08/02 | -2,651.66 | 08/11 | 1,623.58 | 08/25 | 12,990.54 |
| 08/03 | 4,488.67 | 08/16 | 6,623.58 | 08/28 | 10,711.54 |
| 08/04 | 82.58 | 08/18 | 3,736.94 | 08/29 | 7,466.54 |
| 08/07 | 2,115.58 | 08/22 | 3,134.54 | 08/30 | 4,275.52 |

GREEN LIGHT ENERGY SOLUTIONS CORPOR   |   Account # 0002 8157 2994   |   August 1, 2017 to August 31, 2017

This page intentionally left blank

**Bank of America**

GREEN LIGHT ENERGY SOLUTIONS CORPOR | Account # 0002 8157 2994 | August 1, 2017 to August 31, 2017

## Check images

**Account number: 0002 8157 2994**

Check number: 257 | Amount: $7,765.00



# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, updates, reminders, and any other important details that could impact you.

**We are making changes to the discounts we offer for business check and deposit slip orders.**

Starting November 3, 2017, we will no longer offer a $5 discount on business checks or deposit slips ordered by phone.

We will continue to offer a $5 discount on business checks and deposit slips ordered through the Mobile Banking app and Online Banking. For more information about business checks and deposit slip orders, please go to bankofamerica.com/orderbusinesschecks.

Keep in mind, there are other ways to make payments instead of using a check. You can use Mobile or Online Banking to pay your bills through Bill Pay (Footnote 1). Additionally, with the Mobile Banking app, you can deposit a check using your smartphone or tablet using Mobile Check Deposit (Footnote 2). You can learn more about online product and service solutions for your business needs at bankofamerica.com/onlinetools.

(Footnote 1) Mobile banking requires that you download the mobile banking app and is only available for select mobile devices. Message and Data fees may apply.

(Footnote 2) Mobile Check Deposits are subject to verification and not available for immediate withdrawal. In the Mobile Banking app, select Help & Support, then Mobile Check Deposit for details, including funds availability, deposit limits, proper disposal of checks, restrictions and terms and conditions. Requires at least a 2-megapixel camera. Data connection required. Wireless carrier fees may apply.

## Xerox D95 Copier-Printer
Banner Sheet                  1603

Date & Time : 03/07/2018  12:07 PM

User Name :

# 1603

Job Name :            eStmt_2017-09-29 (1).pdf

Start Page



Bus Platinum Privileges

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞  1.888.BUSINESS (1.888.287.4637)

💻  bankofamerica.com

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

GREEN LIGHT ENERGY SOLUTIONS CORPOR
220 LOMBARD ST APT 823
SAN FRANCISCO, CA  94111-1159

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for September 1, 2017 to September 30, 2017

**GREEN LIGHT ENERGY SOLUTIONS CORPOR**

Account number: 0002 8157 2994

## Account summary

| | |
|---|---|
| Beginning balance on September 1, 2017 | $4,275.52 |
| Deposits and other credits | 1,955.09 |
| Withdrawals and other debits | -3,225.70 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on September 30, 2017** | **$3,004.91** |

# of deposits/credits: 1
# of withdrawals/debits: 12
# of items-previous cycle[1]: 4
# of days in cycle: 30
Average ledger balance: $3,866.54

[1]Includes checks paid,deposited items&other debits

---

Bank of America **Business Advantage**



Online Banking
TIP OF
THE MONTH

## Send payments with ACH

As a small business owner, did you know you can pay vendors and suppliers at other
financial institutions—outside of Bank of America—using ACH payments?

Simply use Online Banking to make cost-effective electronic fund transfers with ACH:
$10 for next-day delivery and $3 for 3-day delivery. Log in or enroll at bankofamerica.com/smallbusiness.
Click the **Transfers** tab, then select **Send Money to Someone** and then **Using Their Account
Number at Another Bank.**

AR7C4SJ9
SSM-02-17-0641.B

---

PULL: E   CYCLE: 68   SPEC: E   DELIVERY: E   TYPE:   IMAGE: I   BC: CA9

GREEN LIGHT ENERGY SOLUTIONS CORPOR  |  Account # 0002 8157 2994  |  September 1, 2017 to September 30, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

**Bank of America** 〰

# Your checking account

GREEN LIGHT ENERGY SOLUTIONS CORPOR  |  Account # 0002 8157 2994  |  September 1, 2017 to September 30, 2017

During the month of October, Bank of America will be celebrating Women's Small Business Month. Visit the Small Business Community online at bankofamerica.com/sbc to view our 2017 Women Business Owner Spotlight, read articles from small business experts and join the discussions.

Celebrate 20 years of Museums on Us®. During the first full weekend of every month, just show your Bank of America® credit card and a photo ID for one free general admission to more than 175 cultural institutions. Learn more at bankofamerica.com/artsonus.

## Deposits and other credits

| Date | Description | | Amount |
|------|-------------|---|--------|
| 09/06/17 | COMENITY RFND OH DES:REFUND      ID:P17245112685343 INDN:ARKADY  FEERER      CO ID:1651180275 PPD | | 1,955.09 |

| Total deposits and other credits | $1,955.09 |
|----------------------------------|-----------|

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 09/01/17 | AT&T MOBILITY   Bill Payment | -117.34 |
| 09/05/17 | AMERICAN EXPRESS Bill Payment | -959.73 |
| 09/05/17 | PG&E          Bill Payment | -155.13 |
| 09/05/17 | AT&T BILL (SBC-CA) Bill Payment | -113.09 |
| 09/05/17 | BANK OF AMERICA BUSINESS CARD Bill Payment | -31.84 |
| 09/06/17 | CHASE CREDIT CARDS Bill Payment | -50.00 |
| 09/08/17 | BANK OF AMERICA - PERSONAL CARD Bill Payment | -468.00 |
| 09/12/17 | AMERICAN EXPRESS Bill Payment | -75.00 |
| 09/18/17 | BMW FINANCIAL SERVICES Bill Payment | -388.44 |
| 09/22/17 | BMW FINANCIAL SERVICES Bill Payment | -602.40 |
| 09/26/17 | SYNCHRONY BANK  Bill Payment | -144.00 |
| 09/29/17 | AT&T MOBILITY   Bill Payment | -120.73 |

| Total withdrawals and other debits | -$3,225.70 |
|------------------------------------|------------|

Bank of America **Business Advantage**



Online Banking
**TIP OF THE MONTH**

## Dreading the shredding?

**Go paperless** and make a statement.

- Eliminate storing and shredding
- Get email reminders that link to your statements
- View and download business statements anytime

Just log in to Online Banking, and click on **Profiles & Settings** (in the upper right, next to **Sign Out**). To enroll in Online Banking, visit **bankofamerica.com/smallbusiness**.

©2017 Bank of America Corporation.  |  AR6FCXFN  |  SSM-06-17-0139.B

GREEN LIGHT ENERGY SOLUTIONS CORPOR  |  Account # 0002 8157 2994  |  September 1, 2017 to September 30, 2017

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $35.00 |
| Total NSF: Returned Item fees | $0.00 | $35.00 |

**To help avoid overdraft and returned item fees, you can set up:**

    Customized alerts – get email or text message alerts (footnote 1) to let you know if your balance is low

    Overdraft Protection – enroll to help protect yourself from overdrafts and declined transactions

To enroll, go to bankofamerica.com/online, call us at the number listed on this statement, or come see us at your nearest financial center.

(footnote 1) Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not available on the Mobile website. Wireless carrier fees may apply.

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 09/01 | 4,158.18 | 09/08 | 4,335.48 | 09/22 | 3,269.64 |
| 09/05 | 2,898.39 | 09/12 | 4,260.48 | 09/26 | 3,125.64 |
| 09/06 | 4,803.48 | 09/18 | 3,872.04 | 09/29 | 3,004.91 |

## Xerox D95 Copier-Printer
Banner Sheet 1603

Date & Time : 03/07/2018  12:07 PM

User Name :

# 1603

Job Name :          eStmt_2017-10-31 (1).pdf

Start Page



*Bus Platinum Privileges*

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

GREEN LIGHT ENERGY SOLUTIONS CORPOR
220 LOMBARD ST APT 823
SAN FRANCISCO, CA 94111-1159

## Your Business Fundamentals Checking
## Bus Platinum Privileges

for October 1, 2017 to October 31, 2017

Account number: 0002 8157 2994

**GREEN LIGHT ENERGY SOLUTIONS CORPOR**

## Account summary

| | | |
|---|---|---|
| Beginning balance on October 1, 2017 | $3,004.91 | # of deposits/credits: 4 |
| Deposits and other credits | 30,000.00 | # of withdrawals/debits: 22 |
| Withdrawals and other debits | -14,075.84 | # of items-previous cycle[1]: 0 |
| Checks | -1,325.00 | # of days in cycle: 31 |
| Service fees | -90.00 | Average ledger balance: $8,685.16 |
| Ending balance on October 31, 2017 | $17,514.07 | [1]Includes checks paid,deposited items&other debits |

How can we
improve your
business banking?

Join the **Bank of America® Advisory Panel**. You can help
us learn what we're doing right and what we can do better.

To learn more and join, enter code **SBDD** at
**bankofamerica.com/advisorypanel** today.

Inclusion on the Advisory Panel subject to qualifications.
©2017 Bank of America Corporation.                    SSM-06-17-0635.A1 | AR687WH3

GREEN LIGHT ENERGY SOLUTIONS CORPOR  |  Account # 0002 8157 2994  |  October 1, 2017 to October 31, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

  **Bank of America**

**Your checking account**

GREEN LIGHT ENERGY SOLUTIONS CORPOR   |   Account # 0002 8157 2994   |   October 1, 2017 to October 31, 2017

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 10/02/17 | Online Banking transfer from CHK 6365 Confirmation# 1381385411 | 5,000.00 |
| 10/12/17 | Online Banking transfer from CHK 6365 Confirmation# 1382529127 | 10,000.00 |
| 10/25/17 | Online Banking transfer from CHK 6365 Confirmation# 2297168049 | 5,000.00 |
| 10/30/17 | Online Banking transfer from CHK 6365 Confirmation# 6331959482 | 10,000.00 |
| **Total deposits and other credits** | | **$30,000.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 10/02/17 | WIRE TYPE:INTL OUT DATE:171002 TIME:1612 ET TRN:2017100200432024 SERVICE REF:776790 BNF:GRIGORY SHNAYDER ID:4081784093811660 BNF BK:SB ERBANK OF RUSSIA (MOS ID:006550875822 PMT DET:4LKQ 3FKHS Employee compensation | -3,300.00 |
| 10/04/17 | PG&E        Bill Payment | -175.15 |
| 10/04/17 | BANK OF AMERICA BUSINESS CARD Bill Payment | -41.36 |
| 10/05/17 | AMERICAN EXPRESS Bill Payment | -1,000.00 |
| 10/05/17 | DMV Renewal     Bill Payment | -429.00 |
| 10/05/17 | MASTERCALL COMMUNICATIONS Bill Payment | -20.00 |
| 10/06/17 | AT&T BILL (SBC-CA) Bill Payment | -113.43 |
| 10/10/17 | BANK OF AMERICA - PERSONAL CARD Bill Payment | -459.00 |
| 10/11/17 | CHASE CREDIT CARDS Bill Payment | -800.00 |
| 10/12/17 | Online Banking payment to CRD 0496 Confirmation# 1782550791 | -32.00 |
| 10/12/17 | AMERICAN EXPRESS Bill Payment | -100.00 |
| 10/17/17 | BMW FINANCIAL SERVICES Bill Payment | -389.34 |
| 10/18/17 | BMW FINANCIAL SERVICES Bill Payment | -388.44 |
| 10/20/17 | BMW FINANCIAL SERVICES Bill Payment | -602.40 |
| 10/26/17 | SYNCHRONY BANK  Bill Payment | -144.00 |
| 10/30/17 | Online Banking transfer to CHK 1624 Confirmation# 7131978191 | -1,600.00 |
| 10/30/17 | Online Banking payment to CRD 8829 Confirmation# 2731990458 | -82.72 |
| 10/30/17 | WIRE TYPE:INTL OUT DATE:171030 TIME:0538 ET TRN:2017103000064151 SERVICE REF:041860 BNF:GRIGORY SHNAYDER ID:4081784093811660 BNF BK:SB ERBANK OF RUSSIA (MOS ID:006550875822 PMT DET:Z5XT W3FQV Employee compensation | -3,400.00 |

*continued on the next page*

 Bank of America **Business Advantage**

## Thank you for your business.
## Here's to your continued success.

We're committed to finding the smartest path to long-term growth for your business.

Our small business specialists will work to help you strengthen your business and plan for the future. Please visit **bankofamerica.com/smallbusiness** to learn more.

ARLLD94V  |  SSM-02-17-0642.B

GREEN LIGHT ENERGY SOLUTIONS CORPOR | Account # 0002 8157 2994 | October 1, 2017 to October 31, 2017

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| Card account # XXXX XXXX XXXX 2367 | | |
| 10/20/17 | CHECKCARD  1019 WWW.RANGEME.COM 8778877815  CA 24492157293637665771000 CKCD  7392 XXXXXXXXXXXX2367 XXXX XXXX XXXX 2367 | -999.00 |
| Subtotal for card account # XXXX XXXX XXXX 2367 | | -$999.00 |
| **Total withdrawals and other debits** | | **-$14,075.84** |

## Checks

| Date | Check # | Amount |
|---|---|---|
| 10/25/17 | 259 | -1,325.00 |
| **Total checks** | | **-$1,325.00** |
| **Total # of checks** | | **1** |

## Service fees

> **Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**
>
> | | Total for this period | Total year-to-date |
> |---|---|---|
> | Total Overdraft fees | $0.00 | $35.00 |
> | Total NSF: Returned Item fees | $0.00 | $35.00 |
>
> **To help avoid overdraft and returned item fees, you can set up:**
> Customized alerts – get email or text message alerts (footnote 1) to let you know if your balance is low
> Overdraft Protection – enroll to help protect yourself from overdrafts and declined transactions
> To enroll, go to bankofamerica.com/online, call us at the number listed on this statement, or come see us at your nearest financial center.
>
> (footnote 1) Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not available on the Mobile website. Wireless carrier fees may apply.

| Date | Transaction description | Amount |
|---|---|---|
| 10/02/17 | Wire Transfer Fee | -45.00 |
| 10/30/17 | Wire Transfer Fee | -45.00 |
| **Total service fees** | | **-$90.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 10/01 | 3,004.91 | 10/10 | 2,421.97 | 10/20 | 9,110.79 |
| 10/02 | 4,659.91 | 10/11 | 1,621.97 | 10/25 | 12,785.79 |
| 10/04 | 4,443.40 | 10/12 | 11,489.97 | 10/26 | 12,641.79 |
| 10/05 | 2,994.40 | 10/17 | 11,100.63 | 10/30 | 17,514.07 |
| 10/06 | 2,880.97 | 10/18 | 10,712.19 | | |


**Bank of America**

GREEN LIGHT ENERGY SOLUTIONS CORPOR | Account # 0002 8157 2994 | October 1, 2017 to October 31, 2017

## Check images
**Account number: 0002 8157 2994**

Check number: 259 | Amount: $1,325.00



This page intentionally left blank

## Xerox D95 Copier-Printer
Banner Sheet                            1603

Date & Time : 03/07/2018  12:08 PM

User Name :

# 1603

Job Name :        eStmt_2017-11-30 (3).pdf

Start Page



*Bus Platinum Privileges*

**Bank of America**

P.O. Box 15284
Wilmington, DE 19850

GREEN LIGHT ENERGY SOLUTIONS CORPOR
220 LOMBARD ST APT 823
SAN FRANCISCO, CA  94111-1159

**Customer service information**

🖥 1.888.BUSINESS (1.888.287.4637)

🌐 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for November 1, 2017 to November 30, 2017

**GREEN LIGHT ENERGY SOLUTIONS CORPOR**

Account number: 0002 8157 2994

## Account summary

| | | |
|---|---:|---|
| Beginning balance on November 1, 2017 | $17,514.07 | # of deposits/credits: 1 |
| Deposits and other credits | 800.00 | # of withdrawals/debits: 14 |
| Withdrawals and other debits | -15,670.05 | # of items-previous cycle[1]: 1 |
| Checks | -250.00 | # of days in cycle: 30 |
| Service fees | -45.00 | Average ledger balance: $8,456.45 |
| **Ending balance on November 30, 2017** | **$2,349.02** | [1]Includes checks paid,deposited items&other debits |

Bank of America **Business Advantage**



# Banking at your fingertips

Mobile Banking[1] allows you to manage your business account on the go.

Download our free Mobile Banking app at **bankofamerica.com/getmobileapp**.

Online Banking
TIP OF
THE MONTH

[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. View the Online Banking Service Agreement at bankofamerica.com/serviceagreement for more information. Data connection required. Wireless carrier fees may apply.
©2017 Bank of America Corporation.  |  ART3K7YD  |  SSM-04-17-0042.B

GREEN LIGHT ENERGY SOLUTIONS CORPOR  |  Account # 0002 8157 2994  |  November 1, 2017 to November 30, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers- If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

   - Tell us your name and account number.
   - Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
   - Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

Bank of America, N.A. Member FDIC and ⌂≡ Equal Housing Lender


**Bank of America**

**Your checking account**

GREEN LIGHT ENERGY SOLUTIONS CORPOR   |   Account # 0002 8157 2994   |   November 1, 2017 to November 30, 2017

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 11/30/17 | Counter Credit | 800.00 |
| **Total deposits and other credits** | | **$800.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 11/01/17 | AT&T MOBILITY   Bill Payment | -133.01 |
| 11/02/17 | ANTHEM BLUE CROSS OF CA Bill Payment | -1,086.57 |
| 11/02/17 | PG&E          Bill Payment | -140.30 |
| 11/02/17 | BANK OF AMERICA BUSINESS CARD Bill Payment | -41.36 |
| 11/03/17 | AT&T BILL. (SBC-CA) Bill Payment | -116.32 |
| 11/10/17 | AMERICAN EXPRESS Bill Payment | -9,617.08 |
| 11/10/17 | BANK OF AMERICA BUSINESS CARD Bill Payment | -459.00 |
| 11/10/17 | AMERICAN EXPRESS Bill Payment | -130.00 |
| 11/17/17 | BMW FINANCIAL SERVICES Bill Payment | -0.01 |
| 11/22/17 | BMW FINANCIAL SERVICES Bill Payment | -602.40 |
| 11/24/17 | SYNCHRONY BANK  Bill Payment | -144.00 |
| 11/30/17 | WIRE TYPE:INTL OUT DATE:171130 TIME:1231 ET TRN:2017113000345997 SERVICE REF:151016 BNF:GRIGORY SHNAYDER ID:4081784093811660 BNF BK:SB ERBANK OF RUSSIA (MOS ID:006550875822 PMT DET:CYYM 74XMX Employee compensation | -3,200.00 |
| **Total withdrawals and other debits** | | **-$15,670.05** |

## How can we improve your business banking?

Join the **Bank of America** Advisory Panel. You can help us learn what we're doing right and what we can do better.

To learn more and join, enter code **SBDD** at **bankofamerica.com/advisorypanel** today.

Inclusion on the Advisory Panel subject to qualifications.
©2017 Bank of America Corporation.                    SSM-06-17-0635.A1   |   AR687WH3

GREEN LIGHT ENERGY SOLUTIONS CORPOR   |   Account # 0002 8157 2994   |   November 1, 2017 to November 30, 2017

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 11/13/17 | 260 | -250.00 |
| **Total checks** | | -$250.00 |
| **Total # of checks** | | 1 |

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $35.00 |
| Total NSF: Returned Item fees | $0.00 | $35.00 |

**To help avoid overdraft and returned item fees, you can set up:**

Customized alerts – get email or text message alerts (footnote 1) to let you know if your balance is low
Overdraft Protection – enroll to help protect yourself from overdrafts and declined transactions

To enroll, go to bankofamerica.com/online, call us at the number listed on this statement, or come see us at your nearest financial center.

(footnote 1) Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not available on the Mobile website. Wireless carrier fees may apply.

Based upon the activity below, the monthly fee on your Business Fundamentals checking account was waived for the statement period ending 10/31/17:

At least one of the following occurred

☑ $250+ in new net purchases on a linked Business debit card
◯ $250+ in new net purchases on a linked Business credit card
◯ $3,000+ minimum daily balance in primary checking account
☑ $5,000+ average monthly balance in primary checking account
◯ $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services.  For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 11/30/17 | Wire Transfer Fee | -45.00 |
| **Total service fees** | | -$45.00 |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 11/01 | 17,381.06 | 11/10 | 5,790.43 | 11/22 | 4,938.02 |
| 11/02 | 16,112.83 | 11/13 | 5,540.43 | 11/24 | 4,794.02 |
| 11/03 | 15,996.51 | 11/17 | 5,540.42 | 11/30 | 2,349.02 |



GREEN LIGHT ENERGY SOLUTIONS CORPOR   |   Account # 0002 8157 2994   |   November 1, 2017 to November 30, 2017

## Check images
**Account number: 0002 8157 2994**

Check number: 260   |   Amount: $250.00



GREEN LIGHT ENERGY SOLUTIONS CORPOR   |   Account # 0002 8157 2994   |   November 1, 2017 to November 30, 2017

This page intentionally left blank

## Xerox D95 Copier-Printer
### Banner Sheet          1603

Date & Time : 03/07/2018  12:08 PM

User Name :

# 1603

Job Name :          eStmt_2017-12-29 (2).pdf

Start Page



*Bus Platinum Privileges*

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📞 1.888.BUSINESS (1.888.287.4637)

💻 bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

GREEN LIGHT ENERGY SOLUTIONS CORPOR
220 LOMBARD ST APT 823
SAN FRANCISCO, CA  94111-1159

# Your Business Fundamentals Checking
# Bus Platinum Privileges

for December 1, 2017 to December 31, 2017

Account number: 0002 8157 2994

**GREEN LIGHT ENERGY SOLUTIONS CORPOR**

## Account summary

| | |
|---|---|
| Beginning balance on December 1, 2017 | $2,349.02 |
| Deposits and other credits | 5,000.00 |
| Withdrawals and other debits | -6,032.64 |
| Checks | -0.00 |
| Service fees | -45.00 |
| **Ending balance on December 31, 2017** | **$1,271.38** |

# of deposits/credits: 1

# of withdrawals/debits: 11

# of items-previous cycle[1]: 2

# of days in cycle: 31

Average ledger balance: $3,284.54

[1]Includes checks paid,deposited items&other debits

Bank of America **Business Advantage**



Online Banking
TIP OF
THE MONTH

# Dreading the shredding?

**Go paperless** and make a statement.

• Eliminate storing and shredding
• Get email reminders that link to your statements
• View and download business statements anytime

Just log in to Online Banking, and click on **Profiles & Settings** (in the upper right, next to **Sign Out**).
To enroll in Online Banking, visit **bankofamerica.com/smallbusiness**.

©2017 Bank of America Corporation. | AR6FCKFN | SSM-06-17-0139.B

GREEN LIGHT ENERGY SOLUTIONS CORPOR  |  Account # 0002 8157 2994  |  December 1, 2017 to December 31, 2017

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2017 Bank of America Corporation

Bank of America, N.A. Member FDIC and  Equal Housing Lender

 **Bank of America**

**Your checking account**

GREEN LIGHT ENERGY SOLUTIONS CORPOR | Account # 0002 8157 2994 | December 1, 2017 to December 31, 2017

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 12/11/17 | Online Banking transfer from CHK 6365 Confirmation# 5595135425 | 5,000.00 |
| **Total deposits and other credits** | | **$5,000.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 12/01/17 | PG&E           Bill Payment | -177.21 |
| 12/01/17 | AT&T MOBILITY   Bill Payment | -118.46 |
| 12/05/17 | AMERICAN EXPRESS Bill Payment | -1,014.42 |
| 12/05/17 | AT&T BILL (SBC-CA) Bill Payment | -114.25 |
| 12/08/17 | BANK OF AMERICA - PERSONAL CARD Bill Payment | -477.00 |
| 12/12/17 | AMERICAN EXPRESS Bill Payment | -80.00 |
| 12/22/17 | BMW FINANCIAL SERVICES Bill Payment | -585.72 |
| 12/26/17 | SYNCHRONY BANK  Bill Payment | -144.00 |
| 12/27/17 | WIRE TYPE:INTL OUT DATE:171227 TIME:1716 ET TRN:2017122700436144 SERVICE REF:039990 BNF:GRIGORY SHNAYDER ID:4081784093811660 BNF BK:SB ERBANK OF RUSSIA (MOS ID:006550875822 PMT DET:FG9J 5NSLU Employee compensation | -3,200.00 |
| 12/29/17 | AT&T MOBILITY   Bill Payment | -121.58 |
| **Total withdrawals and other debits** | | **-$6,032.64** |

Bank of America **Business Advantage**



# Thank you for your business.
# Here's to your continued success.

We're committed to finding the smartest path to long-term growth for your business.

Our small business specialists will work to help you strengthen your business and plan for the future. Please visit **bankofamerica.com/smallbusiness** to learn more.

ARLLD94V | SSM-02-17-0642.B

GREEN LIGHT ENERGY SOLUTIONS CORPOR   |   Account # 0002 8157 2994   |   December 1, 2017 to December 31, 2017

## Service fees

Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $35.00 |
| Total NSF: Returned Item fees | $0.00 | $35.00 |

**To help avoid overdraft and returned item fees, you can set up:**

Customized alerts – get email or text message alerts (footnote 1) to let you know if your balance is low

Overdraft Protection – enroll to help protect yourself from overdrafts and declined transactions

To enroll, go to bankofamerica.com/online, call us at the number listed on this statement, or come see us at your nearest financial center.

(footnote 1) Alerts received as text messages on your mobile access device may incur a charge from your mobile access service provider. This feature is not available on the Mobile website. Wireless carrier fees may apply.

Based upon the activity below, the monthly fee on your Business Fundamentals checking account was waived for the statement period ending 11/30/17:

At least one of the following occurred

○ $250+ in new net purchases on a linked Business debit card

○ $250+ in new net purchases on a linked Business credit card

○ $3,000+ minimum daily balance in primary checking account

✓ $5,000+ average monthly balance in primary checking account

○ $15,000+ combined average monthly balance in linked business accounts

A check mark indicates that you have qualified for a monthly fee waiver on the account based on your usage of these products or services. For information on how to open a new product or to link an existing service to your account please call 1-888-BUSINESS or visit bankofamerica.com/smallbusiness.

| Date | Transaction description | Amount |
|---|---|---|
| 12/27/17 | Wire Transfer Fee | -45.00 |
| **Total service fees** | | **-$45.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 12/01 | 2,053.35 | 12/11 | 5,447.68 | 12/26 | 4,637.96 |
| 12/05 | 924.68 | 12/12 | 5,367.68 | 12/27 | 1,392.96 |
| 12/08 | 447.68 | 12/22 | 4,781.96 | 12/29 | 1,271.38 |

# Xerox D95 Copier-Printer
## Banner Sheet 1603

Date & Time : 03/07/2018  12:08 PM

User Name :

# 1603

Job Name :       YearEndSummary_2018 (1).pdf

Start Page

**Bank of America**

**Account number ending**
**9847**

**Account Information**
View your account
information

**For any questions regarding your account**
Please call the customer
service number on the back
of your credit card.

**Online Account Tools**
Change email
Change street address /
phone number
More services

# 2017 Year End Summary

**Prepared for:**
ALEX FEERER & MAYA FEERER

Thank you for your business

The Year-End Summary is
for informational purposes
only.

## 2017 Year-End Summary of Credit Card Transactions

This summary recaps when and where you used your credit card ending in 9847 between January 1, 2017, and December 31, 2017. It includes transaction activity from any upgraded, lost, or stolen accounts. Charges from December 2017 that did not post until January 2018, are not included in this recap.

### Account snapshot

Total spent
**$844.49**

Total Interest
Refer to your credit card statement for total interest on your account.

### 2017 Summary of Transactions



$606.67

Health



$179.82

Merchandise

$58.00

All other categories

Written disputes must be sent within 60 days of the first statement listing the transaction. The Year-End Summary does not extend an expired billing period. See your monthly statement, your Credit Card Agreement or the annual Your Billing Rights notice for details.

## Preparing your taxes

Here is a list of all your transactions between January 1, 2017 and December 31, 2017. To find out more information about itemized deductions such as travel expenses or medical and dental expenses, search "Topic 500" at www.irs.gov. To easily track deductions, just mark the "Deduct" column next to each charge. Please note: Here is a list of all your posted transactions.

For the deduction of medical care expenses, search "Topic 502" at www.irs.gov

**Health**
**$606.67**

**Pharmacy**

| Date | Description | Location | Amount | Deduct |
|---|---|---|---|---|
| 01/02/17 | POST AND DIVISADERO ME | SAN FRANCISC,CA | 103.87 | ☐ |
| 07/14/17 | POST AND DIVISADERO ME | SAN FRANCISC,CA | 130.00 | ☐ |
| 07/14/17 | POST AND DIVISADERO ME | SAN FRANCISC,CA | 175.81 | ☐ |
| 07/14/17 | POST AND DIVISADERO ME | SAN FRANCISC,CA | 196.99 | ☐ |
| | | | **$606.67** | |

**Merchandise**
**$179.82**

**Food Store**

| Date | Description | Location | Amount | Deduct |
|---|---|---|---|---|
| 02/17/17 | TRADER JOES 019 QPS | SANFRANCISCO,CA | 52.24 | ☐ |
| 02/18/17 | GUERRA QUALITY MEAT | SAN FRANCISC,CA | 98.73 | ☐ |
| 02/18/17 | SAFEWAY STORE00017111 | SAN FRANCISC,CA | 28.85 | ☐ |
| | | | **$179.82** | |

**All other categories**
**$58.00**

| Date | Description | Location | Amount | Deduct |
|---|---|---|---|---|
| 02/18/17 | BLUE BIRD CLEANERS | SAN FRANCISC,CA | 58.00 | ☐ |
| | | | **$58.00** | |

This credit card program is issued and administered by Bank of America, N.A. Bank of America and the Bank of America logo are registered trademarks of Bank of America Corporation.
©2018 Bank of America Corporation

# CERTIFICATE OF SERVICE

I, Margaretha Ayers, hereby certify that on November 6, 2019, I electronically filed the foregoing document described as **DECLARATION OF PETER DIEDRICH IN SUPPORT OF JUDGMENT CREDITOR TMCO, LTD'S MOTION FOR LEAVE TO AMEND JUDGMENT TO ADD ALTER EGO DEFENDANTS** with the Court Clerk of the United States District Court Northern District of California by using the Court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I also certify the documents and a copy of the Notice of Electronic Filing was served, *Via U.S. Mail,* on the following individual and company that are not parties to the case, and **non-**CM/ECF participants:

Alex M. Feerer
220 Lombard Street, Suite 823
San Francisco, CA 94111

Svetlana Kamyshanskaya
555 California Street, Suite 4925
San Francisco, CA 94104

*As Agent for Service of Process for Green Light Energy Solution, LLC*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 6, 2019, at Los Angeles, California.

Margaretha Ayers