**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE (213) 629-7600
FACSIMILE (213) 624-1376

Nathan D. O'Malley (State Bar No. 212193)
n.omalley@mpglaw.com
Peter J. Diedrich (State Bar No. 101649)
p.diedrich@mpglaw.com
Rebecca S. Hummel (State Bar No. 311742)
r.hummel@musickpeeler.com

Attorneys for Petitioner, TMCO, LTD

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TMCO LTD,<br><br>              Petitioner,<br><br>      vs.<br><br>GREEN LIGHT ENERGY SOLUTIONS<br>R&D CORP.,<br><br>              Respondent. | CASE No. 4:17-CV-00997-KAW<br><br>**[PROPOSED] ORDER RE: TMCO,<br>LTD.'S MOTION FOR LEAVE TO<br>AMEND JUDGMENT TO ADD ALTER<br>EGO DEFENDANTS**<br>[Served concurrently with Notice of Motion;<br>Memorandum of Points & Authorities;<br>Declaration of Nathan O'Malley; Declaration<br>of Peter Diedrich; and Declaration of Denka<br>Toncheva]<br><br>Date of Motion:   January 16, 2020<br>Time:                   1:30 p.m.<br>Courtroom:  Hon. Kandis A. Westmore |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Motion of Judgment Creditor TMCO LTD., a Bulgarian company ( "TMCO") for an order for leave to amend the judgment to add alter ego defendants to the judgment against Judgment Debtors GREEN LIGHT ENERGY SOLUTIONS R & D CORP., a California corporation ("GLES, Corp.") came on regularly for hearing on January 16, 2020, at 1:30 p.m. in in the above-entitled Court, Honorable Kandis A. Westmore presiding.

The matter having been argued and submitted and good cause appearing from the points and authorities and declaration filed herein, the Court finds that Alex Feerer, individually, and his other company, Green Light Energy Solutions, LLC ("GLES, LLC") are alter egos of Judgment

TMCO, LTD.'S MOTION FOR LEAVE TO AMEND JUDGMENT TO ADD ALTER EGO DEFENDANTS –
[PROPOSED] ORDER

1   Debtor, GLES, Corp.; that Alex Feerer operated GLES, LLC and GLES, Corp. as a single

2   enterprise; that Alex Feerer exercised control over the underlying arbitration and resultant

3   enforcement proceedings in this Court; and, that failure to add Alex Feerer and GLES, LLC as

4   judgment debtors will result in injustice. Having found as such, the Court rules as follows:

5          (1)     The Judgment entered by this Court on November 11, 2017 is to be amended to add

6   Alex Feerer and Green Light Energy Solutions, LLC as judgments debtors;

7          (2)     Monetary sanctions are further ordered against Alex Feerer and GLES, LLC for the

8   attorney's fees and costs incurred by TMCO in its efforts to obtain payment on the judgment

9   issued against GLES, Corp. through enforcement proceedings for the total amount of

10  $_____.

11

12          IT IS SO ORDERED.

13

14  DATED: _____, 2020          By:_____
                                            District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

1187490.1                                    2                      Case No. 4:17-CV-00997-KAW

TMCO, LTD.'S MOTION FOR LEAVE TO AMEND JUDGMENT TO ADD ALTER EGO DEFENDANTS –
[PROPOSED] ORDER

## CERTIFICATE OF SERVICE

I, Margaretha Ayers, hereby certify that on November 6, 2019, I electronically filed the foregoing document described as **[PROPOSED] ORDER RE: TMCO LTD.'S MOTION FOR LEAVE TO AMEND JUDGMENT TO ADD ALTER EGO DEFENDANTS** with the Court Clerk of the United States District Court Northern District of California by using the Court's CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I also certify the documents and a copy of the Notice of Electronic Filing was served, *Via U.S. Mail,* on the following individual and company that are not parties to the case, and **non-CM/ECF participants:**

| | |
|---|---|
| Alex M. Feerer<br>220 Lombard Street, Suite 823<br>San Francisco, CA 94111 | Svetlana Kamyshanskaya<br>555 California Street, Suite 4925<br>San Francisco, CA 94104 |
| | *As Agent for Service of Process for Green Light Energy Solution, LLC* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 6, 2019, at Los Angeles, California.

_____

Margaretha Ayers

MUSICK, PEELER
& GARRETT LLP

1186806.1

**PLAINTIFF TMCO, LTD'S CERTIFICATE OF SERVICE**