**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE (213) 629-7600
FACSIMILE (213) 624-1376

Nathan D. O'Malley (State Bar No. 212193)
n.omalley@mpglaw.com
Peter J. Diedrich (State Bar No. 101649)
p.diedrich@mpglaw.com
Rebecca S. Hummel (State Bar No. 311742)
r.hummel@musickpeeler.com

Attorneys for Petitioner, TMCO, LTD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TMCO LTD,<br><br>       Petitioner,<br><br>   vs.<br><br>GREEN LIGHT ENERGY SOLUTIONS R&D CORP.,<br><br>       Respondent. | CASE No. 4:17-CV-00997-KAW |

## CERTIFICATE OF SERVICE

I, Margaretha Ayers, hereby certify that on November 6, 2019, I electronically filed the foregoing document described as **JUDGMENT CREDITOR TMCO, LTD'S MOTION FOR LEAVE TO AMEND JUDGMENT TO ADD ALTER EGO DEFENDANTS; MEMORANDUM OF POINTS AND AUTHORITIES** with the Court Clerk of the United States District Court Northern District of California by using the Court's CM/ECF system.

I also certify the documents and a copy of the Notice of Electronic Filing was served, *Via Personal Service,* on the following individual and company that are not parties to the case, and **non**-CM/ECF participants:

| | |
|---|---|
| Alex M. Feerer<br>220 Lombard Street, Suite 823<br>San Francisco, CA 94111 | Svetlana Kamyshanskaya<br>555 California Street, Suite 4925<br>San Francisco, CA 94104 |

1190359.1

**MUSICK, PEELER & GARRETT LLP**

**PLAINTIFF TMCO, LTD'S CERTIFICATE OF SERVICE**

**PROOF OF SERVICE**

On November 22, 2019, I electronically filed the foregoing document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 22, 2019, at Los Angeles, California.

/s/
Margaretha Ayers

MUSICK, PEELER & GARRETT LLP

2

**PLAINTIFF TMCO, LTD'S CERTIFICATE OF SERVICE**