UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TMCO LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>GREEN LIGHT ENERGY SOLUTIONS R&D CORP.,<br><br>    Defendant. | Case No. 4:17-cv-00997-KAW<br><br>ORDER TO SHOW CAUSE<br><br>Re: Dkt. No. 38 |

On November 6, 2019, Plaintiff filed a motion for leave to amend the judgment to add alter ego defendants. Plaintiff erroneously noticed a briefing scheduling that did not comply with Civil Local Rule 7-3(a), and set January 3, 2020 as the deadline to file an opposition. (Dkt. No. 38.) Plaintiff served non-party Alex M. Feerer on November 22, 2019. (Dkt. No. 39.)

To date, neither Defendant nor non-party Alex Feerer have filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Defendant and/or the non-parties are ordered, on or before January 27, 2020, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Plaintiff may file a reply on or before February 3, 2020.

//

//

//

//

1 | The hearing date on the motion to alter judgment is continued to February 20, 2020 at 1:30 p.m. in Courtroom 4, 1301 Clay Street, Oakland, California.

Plaintiff shall immediately serve a copy of this order on non-party Alex M. Feerer, as well as the current director(s) or agent for service of process for Green Light Energy Solutions, LLC.

IT IS SO ORDERED.

Dated: January 10, 2020

KANDIS A. WESTMORE
United States Magistrate Judge