**MUSICK, PEELER & GARRETT LLP**

624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone: (213) 629-7600
Facsimile: (213) 624-1376

Nathan D. O'Malley (State Bar No. 212193)
n.omalley@musickpeeler.com
Peter J. Diedrich (State Bar No. 101649)
p.diedrich@musickpeeler.com
Rebecca S. Hummel (State Bar No. 311742)
r.hummel@musickpeeler.com

Attorneys for Petitioner, TMCO LTD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TMCO LTD,<br><br>      Petitioner,<br><br>vs.<br><br>GREEN LIGHT ENERGY<br>SOLUTIONS R&D CORP.,<br><br>      Respondent. | CASE No.  4:17-CV-00997-KAW<br><br>**NOTICE OF ORDER TO SHOW CAUSE; CONTINUED HEARING DATE ON MOTION FOR LEAVE TO AMEND JUDGMENT** |

     TO ALEX FEERER AND GREEN LIGHT ENERGY SOLUTIONS, LLC:

     Please take notice that on January 10, 2020,  the Hon. Kandis A. Westmore issued an Order to Show Cause to Defendants. A copy of this Order is attached hereto as Exhibit "A".

     In addition, the Court ordered that the hearing on TMCO, Ltd.'s Motion to Alter Judgment has been continued to February 20, 2020 at 1:30 p.m. in Courtroom 3, at 1301 Clay Street, Oakland, California.

MUSICK, PEELER
& GARRETT LLP

1 | DATED:  January 10, 2020          MUSICK, PEELER & GARRETT LLP

2

3

4 | By: _____

5 | Rebecca S. Hummel
     Attorneys for Petitioner, TMCO LTD

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MUSICK, PEELER
& GARRETT LLP

1196289.1                                    2                    Case No. 4:17-CV-00997-KAW
NOTICE OF ORDER TO SHOW CAUSE; CONTINUED HEARING ON MOTION FOR LEAVE TO AMEND
JUDGMENT

# EXHIBIT A

1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    TMCO LTD.,                                Case No.  4:17-cv-00997-KAW

8                   Plaintiff,                 ORDER TO SHOW CAUSE

9          v.                                  Re: Dkt. No. 38

10   GREEN LIGHT ENERGY SOLUTIONS
     R&D CORP.,
11
                    Defendant.
12

13          On November 6, 2019, Plaintiff filed a motion for leave to amend the judgment to add alter

14   ego defendants. Plaintiff erroneously noticed a briefing scheduling that did not comply with Civil

15   Local Rule 7-3(a), and set January 3, 2020 as the deadline to file an opposition. (Dkt. No. 38.)

16   Plaintiff served non-party Alex M. Feerer on November 22, 2019. (Dkt. No. 39.)

17          To date, neither Defendant nor non-party Alex Feerer have filed an opposition or statement

18   of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing

19   party to file a memorandum of points and authorities in opposition to any motion shall constitute

20   consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

21          Accordingly, Defendant and/or the non-parties are ordered, on or before January 27, 2020,

22   1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a

23   response to this order to show cause explaining why the opposition was not timely filed. Should an

24   opposition be filed, Plaintiff may file a reply on or before February 3, 2020.

25   //

26   //

27   //

28   //

United States District Court
Northern District of California

1          The hearing date on the motion to alter judgment is continued to February 20, 2020 at 1:30

2   p.m. in Courtroom 4, 1301 Clay Street, Oakland, California.

3          Plaintiff shall immediately serve a copy of this order on non-party Alex M. Feerer, as well

4   as the current director(s) or agent for service of process for Green Light Energy Solutions, LLC.

5          IT IS SO ORDERED.

6   Dated: January 10, 2020

7   KANDIS A. WESTMORE

8   United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

1

## PROOF OF SERVICE

2 **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3       At the time of service, I was over 18 years of age and not a party to this action.  I am
employed in the County of Los Angeles, State of California.  My business address is One Wilshire
4 Building, 624 South Grand Avenue, Suite 2000, Los Angeles, CA 90017-3383

5       On January 10, 2020, I served true copies of the following document(s) described as
6 **NOTICE RE: ORDER TO SHOW CAUSE** on the interested parties in this action as follows:

7                          **SERVICE LIST**

8  Alex M. Feerer                          Svetlana Kamyshanskaya
   220 Lombard Street, Suite 823            555 California Street, Suite 4925
9  San Francisco, CA 94111                  San Francisco, CA 94104

10                                          *As Agent for Service of Process for Green Light*
11                                          *Energy Solution, LLC*

12

13       ☒       **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the
                 home and or addressee(s).

14

15       I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct and that I am employed in the office of a member of the bar of this
Court at whose direction the service was made.

16

17       Executed on January 10, 2020, at Los Angeles, California.

18

19                                          Margaretha Ayers

20

21

22

23

24

25

26

27

28

MUSICK, PEELER
& GARRETT LLP

---

**PLAINTIFF TMCO, PROOF OF SERVICE**

1

## **CERTIFICATE OF SERVICE**

2       I, Margaretha Ayers, hereby certify that on January 10, 2019, I electronically filed the

3   foregoing document described as **NOTICE RE: ORDER TO SHOW CAUSE** with the Court

4   Clerk of the United States District Court Northern District of California by using the Court's

5   CM/ECF system.

6       I also certify the documents and a copy of the Notice of Electronic Filing was served, *Via*

7   *Personal Service,* on the following individuals and company that are not parties to the case, and

8   **non**-CM/ECF participants:

9   Alex M. Feerer                                Svetlana Kamyshanskaya
    220 Lombard Street, Suite 823                 555 California Street, Suite 4925
10  San Francisco, CA 94111                       San Francisco, CA 94104

11      I declare under penalty of perjury under the laws of the United States of America that the

12  foregoing is true and correct and that I am employed in the office of a member of the bar of this

13  Court at whose direction the service was made.

14  Executed on January 10, 2020, at Los Angeles, California.

15      Executed on January 10, 2020, at Los Angeles, California.

16

17

18  Margaretha Ayers

19

20

21

22

23

24

25

26

27

28

MUSICK, PEELER
& GARRETT LLP

---

**PLAINTIFF TMCO, CERTIFICATE OF SERVICE**