UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TMCO LTD., <br>     Plaintiff, <br> v. <br> GREEN LIGHT ENERGY SOLUTIONS R&D CORP., <br>     Defendant. | Case No. 4:17-cv-00997-KAW <br><br> **ORDER DENYING REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL AS COUNSEL** <br><br> Re: Dkt. No. 44 |

On January 13, 2020, defense counsel Svetlana V. Kamyshanskaya filed a request for approval of substitution or withdrawal as counsel for Defendant Green Light Energy Solutions R&D Corp. (Mot., Dkt. No. 44.) Defendant has not obtained new counsel, but representative Alex Feerer consented to the withdrawal and stated that he would personally appear on behalf of the corporation. Corporations, however, are unable appear in federal court except by counsel, and Mr. Feerer is not licensed to practice law in California. *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 201-02 (1993).

Currently, there is a pending motion for leave to amend the judgment to add alter ego defendants, including Mr. Feerer. (Dkt. No. 38.) Also, on January 10, 2020, the Court issued an order to show cause, which ordered Defendant and/or the non-parties to file an opposition to the pending motion and explain why the opposition was not timely filed by January 27, 2020. (Dkt. No. 41 at 1.) The failure to respond will result in the pending motion being granted as unopposed, and Mr. Feerer being personally encumbered. The hearing on the motion to alter judgment is scheduled for February 20, 2020. *Id.* at 2.

//

//

Accordingly, Ms. Kamyshanskaya's motion to withdraw is DENIED without prejudice on the grounds that the "withdrawal would work an injustice or cause undue delay in the proceeding." *Gong v. City of Alameda*, No. C 03-05495 TEH, 2008 WL 160964, at *1 (N.D. Cal. Jan. 8, 2008).

IT IS SO ORDERED.

Dated: January 15, 2020

*[signature]*
KANDIS A. WESTMORE
United States Magistrate Judge