Svetlana Kamyshanskaya, Esq. (SBN 309408)
Primum Law Group, PC
555 California Street, Suite 4925
San Francisco, CA 94104-1717
Tel. (415)659-7975
Email: svkam@primumlaw.com

Attorneys for Responding Party
GREEN LIGHT ENERGY SOLUTION
R&D CORP.

UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TMCO LTD,<br><br>            Petitioner,<br><br>   vs.<br><br>GREEN LIGHT TECHNOLOGY SOLUTION R&D CORP.<br><br>            Respondent. | Case No: 4:17-CV-00997-KAW<br><br>**RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Magistrate Judge Kandis A. Westmore |

      Svetlana Kamyshanskaya, an attorney for Responding Party, hereby files her response to this Court's Order to show cause "explaining why the opposition was not timely filed" and respectfully states as follows:

      On November 22, 2019, Alex Fereer, who is known as a President and CEO of Responding Party, informed me that GREEN LIGHT TECHNOLOGY SOLUTION R&D CORP. is in the process of dissolution, therefore does not need my legal assistance and I am fired. On the same day I drafted the request for approval of substitution or withdrawal of counsel and submitted it to Responding Party's CEO/President Alex Ferrer, Alex Ferrer informed me that he is neither a

1  President nor a CEO of the Responding Party. After discussion and establishing the fact that
2  Responding Party does not have any other person authorized to act on behalf of the company, Alex
3  Ferrer executed the documents but wrote "none" in the title section.
4      According to Rule 1.2 of California Rules of Professional Conduct, a lawyer shall abide by
5  the client's decision concerning the objective of representation and shall reasonably consult with the
6  client as to the means by which they are to be pursued. Therefore, any action without understanding
7  of client's objective world is a violation of my ethical obligations. Since my former client did not
8  give me any instructions related to this motion and it does not have director or manager who can
9  represent the company in this this matter, I cannot respond on behalf of it or file any opposition in a
10 current position.
11     On January 13, 2020, I filed the Motion to substitute attorney, but it was denied.

13  January 27, 2020                                    *Svetlana Kamyshanskaya*
14                                                        Svetlana Kamyshanskaya