UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TMCO LTD., <br><br> Plaintiff, <br><br> v. <br><br> GREEN LIGHT ENERGY SOLUTIONS R&D CORP., <br><br> Defendant. | Case No. 4:17-cv-00997-KAW <br><br> **AMENDED JUDGMENT** <br><br> Re: Dkt. No. 47 |

On November 14, 2017, the Court granted TMCO's Petition to Confirm Arbitration Award and ENTERED judgment in favor of TMCO and against Green Light Energy Solutions R&D Corp. (Dkt. No. 35.) On February 3, 2020, the Court granted TMCO's motion for leave to amend the judgment against Defendant Green Light Energy Solutions R&D Corp. to add alter ego defendants Alex M. Feerer and Green Light Energy Solutions, LLC. (Mot., Dkt. No. 38.)

Accordingly, the judgment, entered on November 11, 2017, is amended to add Alex Feerer and Green Light Energy Solutions, LLC as judgment debtors.

IT IS SO ORDERED.

Dated: February 3, 2020

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge