UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TMCO, LTD,<br><br>        Plaintiff,<br><br>    v.<br><br>MIKHAIL BRODSKY, et al.,<br><br>        Defendants. | Case No. 20-cv-09300-AGT<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

The above-captioned case arises out of Plaintiff TMCO, Ltd.'s continuing efforts to collect a judgment entered in its favor by the Honorable Kandis A. Westmore in *TMCO LTD. v. Green Light Energy Solutions R&D Corp.*, No. 4:17-cv-00997-KAW ("*Green Light Energy*"). Given the apparent overlap between the allegations underlying this action and the events leading up to the entry of amended judgment in *Green Light Energy*, the undersigned hereby refers this case to Judge Westmore pursuant to Civil Local Rule 3-12(c) to determine whether it is related to *Green Light Energy*. Any party may file a response to this order in support of or opposition to finding the cases related, by no later than **April 22, 2021**. *See* Civ. L.R. 3-12(c), 3-12(e), 7-11(b).

The hearing on Defendants' pending motion to dismiss (ECF No. 11) is hereby vacated. Defendants shall re-notice that hearing if Judge Westmore determines that the cases are not related.

**IT IS SO ORDERED.**

Dated: April 14, 2021

ALEX G. TSE
United States Magistrate Judge